UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.3**
Eastern Division

Kim Young, et al.

        Plaintiff,

v.                Case No.: 1:06−cv−00552
                   Honorable Matthew F. Kennelly

County of Cook, et al.

        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 13, 2009:

   MINUTE entry before the Honorable Matthew F. Kennelly: Jury trial held. Jury reached a verdict. Jury returns its verdict in favor of plaintiffs and against defendants for all three claims. Jury trial completed on 8/13/2009. Post trial motions to be filed by 9/3/2009. Status hearing set for 9/17/2009 at 9:30 A.M. Status hearing set for 9/19/2009 is vacated. Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.