IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEE MERCADO, ALLEN GORMAN, et al. on behalf of themselves and a class of others similarly situated,<br>          Plaintiffs,<br>v.<br>THOMAS DART, OFFICE OF THE SHERIFF OF COOK COUNTY,<br>          Defendants. | Appeal to the United States Court of Appeals for the Seventh Circuit.<br><br>No. 06 C 0552<br><br>Judge Matthew Kennelly |

## NOTICE OF APPEAL

Notice is hereby given that Defendant, Thomas Dart, in his official capacity as Sheriff of Cook County, appeals to the United States Court of Appeals for the Seventh Circuit from the denial of the Sheriff's Motion for Judgment as a Matter of Law. (Doc. 415). The district court denied the Motion on August 12, 2009 in an oral ruling. (Trial Tr. Vol. VIII at 1904).

Respectfully submitted,

SHERIFF OF COOK COUNTY
THOMAS DART

By: /s/ Daniel F. Gallagher
    Attorney for Defendant

Daniel F. Gallagher, Esq.
Paul O'Grady, Esq.
Larry S. Kowalczyk, Esq.
QUERREY & HARROW, LTD.
175 West Jackson, Suit 1600
Chicago, IL  60604
Tel:    (312) 540-7000
Fax:    (312) 540-0578

By: /s/ Francis J. Catania
    Attorney for Defendant

Francis J. Catania
Cook County State's Attorney's Office
Richard J. Daley Center
50 W. Washington Street, Room 500
Chicago, IL 60602
Tel:    (312) 603-6772
I.D. #6203188