## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.3
## Eastern Division

Kim Young, et al.
                         Plaintiff,

v.                                          Case No.: 1:06−cv−00552
                                                             Honorable Matthew F. Kennelly

County of Cook, et al.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 3, 2009:

      MINUTE entry before the Honorable Matthew F. Kennelly:Motion to appoint special master [493] is denied without prejudice. Jury Trial set for 3/29/2010 at 09:30 AM. Status hearing set for 12/14/2009 at 09:30 AM.(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.