# Young, et al. v. County of Cook, No. 06 cv 552

| # | Name | Graduation Year | Hours | Rate | Description |
|---|---|---|---|---|---|
| 1 | David Anderson (Howrey) | 1993 | 74.5 | 605 | $ 45,072.50 |
| 2 | Arthur Loevy | 1963 | 233.75 | 585 | $ 136,743.75 |
| 3 | Michael Kanovitz | 1994 | 3053.5 | 495 | $ 1,511,482.50 |
| 4 | Jon Loevy | 1993 | 443.25 | 495 | $ 219,408.75 |
| 5 | Joel Feldman | 1993 | 102.5 | 382 | $ 39,155.00 |
| 6 | O. Nathaniel Banks | 1999 | 721.25 | 375 | $ 270,468.75 |
| 7 | Heather Lewis Donnell | 2004 | 171.75 | 340 | $ 58,395.00 |
| 8 | Matt Jenkins | 2007 | 99.5 | 340 | $ 33,830.00 |
| 9 | Roshna Bala Keen | 2004 | 1585.5 | 340 | $ 539,070.00 |
| 10 | Samantha Liskow | 2005 | 839.75 | 340 | $ 285,515.00 |
| 11 | Aaron Mandel | 2004 | 77.75 | 340 | $ 26,435.00 |
| 12 | Greg Swygert | 2003 | 159.5 | 340 | $ 54,230.00 |
| 13 | Cindy Tsai | 2007 | 2462 | 340 | $ 837,080.00 |
| 14 | Julie Thompson | 2008 | 1970.75 | 340 | $ 670,055.00 |
| 15 | Elizabeth Wang | 2005 | 0.75 | 340 | $ 255.00 |
| 16 | Daniel Edelstein | 2005 | 24.75 | 279 | $ 6,905.25 |
| 17 | Jonathan Bell | 2007 | 80 | 268 | $ 21,440.00 |
| 18 | Stacy Hronopoulos | 2007 | 119.5 | 268 | $ 32,026.00 |
| 19 | Emily Meehan | 2007 | 219 | 268 | $ 58,692.00 |
| 20 | Kenneth Overwater | 2007 | 663 | 268 | $ 177,684.00 |
| 21 | Emma Scott | 2006 | 89 | 268 | $ 23,852.00 |
| 22 | Owens Shelby | 2007 | 284.5 | 268 | $ 76,246.00 |
| 23 | Drake Shunneson | 2007 | 106.5 | 268 | $ 28,542.00 |
| 24 | Michael Soukup | 2007 | 257.5 | 268 | $ 69,010.00 |
| 25 | Alexandra Corrigan | 2008 | 177.25 | 251 | $ 44,489.75 |
| 26 | Susan DeConstanza | 2008 | 118.5 | 251 | $ 29,743.50 |
| 27 | Timothy Eavenson | 2008 | 155.5 | 251 | $ 39,030.50 |
| 28 | Neil Berkowitz | 2010 | 301 | 230 | $ 69,230.00 |
| 29 | Jennifer Hartung | 2009 | 67.5 | 230 | $ 15,525.00 |
| 30 | Rachel Mercer | 2010 | 103.75 | 230 | $ 23,862.50 |
| 31 | Michael Moskovich | 2007 | 2 | 230 | $ 460.00 |
| 32 | Samira Nazem | 2010 | 134.75 | 230 | $ 30,992.50 |
| 33 | Dina Ninfo | 2006 | 235 | 230 | $ 54,050.00 |
| 34 | Michael Phelps | 2008 | 210.5 | 230 | $ 48,415.00 |
| 35 | Jasmine Vasavada | 2008 | 159.5 | 230 | $ 36,685.00 |
| | **Total Attorney Time:** | | **15430.5** | | **$ 5,614,077.25** |
| | **Total Paralegal/Intern Time:** | | **1140.5** | 135 | **$ 153,967.50** |
| | **Total L&L Time:** | | **16571** | | **$ 5,768,044.75** |
| | **Future Time Estimate:** | | | | **$ 226,850.00** |
| | **Total Lodestar:** | | | | **$ 5,994,894.75** |