

U.S. District Court
of Illinois
Northern Dist. Eastern Div.

FILED

AUG 28 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Kim Young, et al.

vs.                                    Case No. 06-CV-0552

Cook County

Motion to Amend

Now comes Theopolis Williams in the class action cited above asking this Honorable court to allow him Leave to Amend the Motion to Compel he entered in this cause.

In support of this Motion
Williams states:

1. For the sake of economy, he will refer to the Motion to Compel recently filed in this cause by paragraph number, and the Cook County Department of Corrections as: CCDOC.

2. Williams asks this Honorablr court to accept as exhibits his Motion to Compel that were indicated in Par. (3) the MITTIMUS and Order to the Illinois Dept. of Corrections and his Certified Statement of Conviction/Disposition that he failed to include in his Motion to Compel filed in this cause.

3. Williams contends said documents clearly indicate he was in CCDOC custody, and being transported back and forth to court as par. (2) stipulates in the Motion to Compel on (3) dates during the applicable time period of: 1-30-04 to 3-30-09. Those dates are: 2-3-04; 2-24-04; and 3-11-04.

4. Williams has also included as an exhibit in the instant filing a Notice of Ineligibility Letter that the attorney, Loevy and Loevy sent to him at Hill Correctional Center in error, when in fact he was in Lawrence Correctional Center in May of 2011, in the segregation unit at that time. Williams filled out the claims form as that time because he did disagree with the attorney's claim that he was ineligible to be a plaintiff in this cause. And the failure of the attorneys, Loevy and Loevy to sent the forms to the correct facility in which he was detained is not a cause for which he should be held culpably negligent.

5. Williams was unable to get copies of the claims form because of his segregation status and fear that further delay based upon the attorneys failure to send the documentation to the correct institution would hinder his progress as being added as a plaintiff in this cause.

For the reasons stated, Theopolis Williams prays this Honorable Court will grant him leave to file this Motion to Amend his Motion to Compel, INSTANTER.

Exhibits attached: 1. Mittimus; 2. Certified Statement of Conviction; 3. 5-11-11 Notice of Ineligibility; 4. Deadline Notice, indicating the date the claim form had to be submitted: 2-10-11.

/s/ Theopolis Williams B31679
Theopolis Williams B-31679
5835 St. Rte. 154
Pinckneyville, Il. 62274

P2.

United States District Court
For The Northern District Of Illinois
Eastern Division

Kim Young, et al.
    Plaintiff,

v.

County Of Cook, et al.

Case No. 1:06-cv-00552
Hon. Judge Matthew F. Kennelly

CERTIFICATION

To: Clerk, United States Dist. Court for the Northern Dist. of Illinois
219 South Dearborn Street, Chicago, IL.60604

To: Loevy & Loevy Atty's Micheal Kanovitz and Roshna Bala Keen
311 N. Aberdeen Street, Chicago, Illinois 60607 • 3rd floor.

By signing notice, I certify that the facts stated in this motion are true to the best of my knowledge, information and belief. I understand that if this certification is correct. I may be subject to sanctions by the court. I attest to the same under 18USC 1621 and 28 USC 1746

Signed this 17 day of Aug, 2017
*Theopolis Williams, B31679*
Theopolis Williams, B31679
Pinckneyville C.Ctr.
P.O. Box-999
Pinckneyville, IL.62274-3410

IN THE CIRCUIT COURT OF COOK COUNTY (EX. 1)

PEOPLE OF THE STATE OF ILLINOIS ) CASE NUMBER 02CR1587701
V. ) DATE OF BIRTH 11/21/68
THEOPOLIS WILLIAMS ) DATE OF ARREST 06/02/02
Defendant  IR NUMBER 0760966   SID NUMBER 025745750

## ORDER OF COMMITMENT AND SENTENCE TO
## ILLINOIS DEPARTMENT OF CORRECTIONS

The above named defendant having been adjudged guilty of the offense(s) enumerated below is hereby sentenced to the Illinois Department of Corrections as follows:

| Count | Statutory Citation | Offense | Sentence | Class |
|---|---|---|---|---|
| 1 | 720-5\8-4(720-5\9-1) | (ATT) ATTEMPT FIRST DEGREE MURD | YRS. 024 MOS. 00 | X |
|   | and said sentence shall run concurrent with count(s) 012 | | | |
| 2 | 720-5/9-1(A)(1) | (ATT) MURDER/INTENT TO KILL/INJ | YRS. 024 MOS. 00 | M |
|   | and said sentence shall run concurrent with count(s) 011 | | | |
| 3 | | | YRS. ___ MOS. ___ | |
|   | and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on: | | | |
| 4 | | | YRS. ___ MOS. ___ | |
|   | and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on: | | | |
| 5 | | | YRS. ___ MOS. ___ | |
|   | and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on: | | | |

On Count ___ defendant having been convicted of a class ___ offense is sentenced as a class x offender pursuant TO 730 ILCS 5/5-5-3(C)(8). ~~

On Count ___ defendant is sentenced to an extended term pursuant to 730 ILCS 5/5-8-2.

The Court finds that the defendant is entitled to receive credit for time actually served in custody for a total credit of 0647 days as of the date of this order

IT IS FURTHER ORDERED that the above sentence(s) be concurrent with the sentence imposed in case number(s) _____
AND: consecutive to the sentence imposed under case number(s) _____

IT IS FURTHER ORDERED THAT DEFT TO SERVE 85% UNDER TRUTH IN SENTENCING

IT IS FURTHER ORDERED that the Clerk provide the Sheriff of Cook County with a copy of this Order and that the Sheriff take the defendant into custody and deliver him/her to the Illinois Department of Corrections and that the Department take him/her into custody and confine him/her in a manner provided by law until the above sentence is fulfilled.

DATED MARCH 11, 2004   ENTER: 03/11/04

ENTERED
TIME ____ AM/PM
MAR 11 2004
Judge Stanley Sacks
Dorothy Brown
Clerk of the Circuit Court
Criminal Division
Deputy Clerk Signature

CERTIFIED BY K MCCLAIN
DEPUTY CLERK

JUDGE: SACKS, STANLEY J.  #1531
GCPH 03/11/04 13:04:51

C113

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS    Page 001

PEOPLE OF THE STATE OF ILLINOIS

              VS          NUMBER 02CR1587701

THEOPOLIS    WILLIAMS

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

Charging the above named defendant with:

```
 720-5\8-4(720-5\9-1)           F  X  (ATT)ATTEMPT FIRST DEGREE MURDER
 720-5\8-4(720-5\9-1)           F  X  (ATT)ATTEMPT FIRST DEGREE MURDER
 720-5\8-4(720-5\9-1)           F  X  (ATT)ATTEMPT FIRST DEGREE MURDER
 720-5\8-4(720-5\9-1)           F  X  (ATT)ATTEMPT FIRST DEGREE MURDER
 720-5/9-1(A)(1)                F  M  (ATT)MURDER/INTENT TO KILL/INJURE
 720-5/9-1(A)(1)                F  M  (ATT)MURDER/INTENT TO KILL/INJURE
 720-5/12-4.2(a)(1)             F  X        AGG BATTERY W/FIREARM/PERSON
 720-5/12-4.2(a)(1)             F  X        AGG BATTERY W/FIREARM/PERSON
 720-5/12-4.2(A)(1)             F  X        AGG BATTERY W/FIREARM/PERSON
 720-5\8-4(720-5\9-1)           F  X  (ATT)ATTEMPT FIRST DEGREE MURDER
 720-5/9-1(a)(1)                F  M  (ATT)MURDER/INTENT TO KILL/INJURE
X720-5/9-1(a)(1)                F  M  (ATT)MURDER/INTENT TO KILL/INJURE
X720-5/9-1(A)(1)                F  M  (ATT)MURDER/INTENT TO KILL/INJURE
 720-5/12-4.3(A)                F  X        ████████████████████████
 720-5/24-1.2(A)(2)             F  1        AGG DISCHARGE-FIREARM/OCC
```

The following disposition(s) was/were rendered before the Honorable Judge(s):

```
07/05/02 IND/INFO-CLK OFFICE-PRES JUDGE            07/18/02 1701
         02CR1587701 ID# CR100500742
07/18/02 CASE ASSIGNED                             07/18/02 1723
         BIEBEL, PAUL JR.
07/18/02 DEFENDANT IN CUSTODY                      00/00/00
         BIEBEL, PAUL JR.
07/18/02 DEFENDANT IN CUSTODY                      00/00/00
         SACKS STANLEY J.
07/18/02 PRISONER DATA SHEET TO ISSUE              00/00/00
         SACKS STANLEY J.
07/18/02 APPEARANCE FILED                          00/00/00
         SACKS STANLEY J.
07/18/02 DEFENDANT ARRAIGNED                       00/00/00
         SACKS STANLEY J.
07/18/02 PLEA OF NOT GUILTY                        00/00/00
         SACKS STANLEY J.
```

```
                IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 002

        PEOPLE OF THE STATE OF ILLINOIS

                        VS              NUMBER 02CR1587701

        THEOPOLIS    WILLIAMS

                CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
  07/18/02 ADMONISH AS TO TRIAL IN ABSENT         00/00/00
      SACKS STANLEY J.
  07/18/02 CONTINUANCE BY AGREEMENT               08/23/02
      SACKS STANLEY J.
  08/23/02 DEFENDANT IN CUSTODY                   00/00/00
      SACKS STANLEY J.
  08/23/02 PRISONER DATA SHEET TO ISSUE           00/00/00
      SACKS STANLEY J.
  08/23/02 CONTINUANCE BY AGREEMENT               09/13/02
      SACKS STANLEY J.
  09/13/02 DEFENDANT IN CUSTODY                   00/00/00
      SACKS STANLEY J.
  09/13/02 PRISONER DATA SHEET TO ISSUE           00/00/00
      SACKS STANLEY J.
  09/13/02 CONTINUANCE BY AGREEMENT               10/23/02
      SACKS STANLEY J.
  10/23/02 DEFENDANT IN CUSTODY                   00/00/00
      SACKS STANLEY J.
  10/23/02 PRISONER DATA SHEET TO ISSUE           00/00/00
      SACKS STANLEY J.
  10/23/02 MOTION FOR BAIL HEARNG                 00/00/00 F       2
      SACKS STANLEY J.
  10/23/02 CONTINUANCE BY AGREEMENT               10/29/02
      SACKS STANLEY J.
  10/29/02 DEFENDANT IN CUSTODY                   00/00/00
      SACKS STANLEY J.
  10/29/02 PRISONER DATA SHEET TO ISSUE           00/00/00
      SACKS STANLEY J.
  10/29/02 MOTION FOR BAIL REDUCTION              00/00/00 D       2
      SACKS STANLEY J.
  10/29/02 CONTINUANCE BY AGREEMENT               11/22/02
      SACKS STANLEY J.
  01/31/03 DEFENDANT IN CUSTODY                   00/00/00
      SACKS STANLEY J.
  01/31/03 PRISONER DATA SHEET TO ISSUE           00/00/00
      SACKS STANLEY J.
  01/31/03 MOTION TO DISMISS INDICTMENT           00/00/00 F       2
      SACKS STANLEY J.
```

```
               IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS      Page 003

        PEOPLE OF THE STATE OF ILLINOIS

                        VS            NUMBER 02CR1587701

        THEOPOLIS    WILLIAMS

              CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
 and keeper of the records and seal thereof do hereby certify that the
 electronic records of the Circuit Court of Cook County show that:

 The States Attorney of Cook County filed an INDICTMENT/INFORMATION
  01/31/03 CONTINUANCE BY AGREEMENT              03/04/03
       SACKS STANLEY J.
  03/04/03 DEFENDANT IN CUSTODY                  00/00/00
       SACKS STANLEY J.
  03/04/03 PRISONER DATA SHEET TO ISSUE          00/00/00
       SACKS STANLEY J.
  03/04/03 CONTINUANCE BY AGREEMENT              03/28/03
       SACKS STANLEY J.
  03/28/03 DEFENDANT IN CUSTODY                  00/00/00
       SACKS STANLEY J.
  03/28/03 PRISONER DATA SHEET TO ISSUE          00/00/00
       SACKS STANLEY J.
  03/28/03 DISCOVERY ANSWER FILED                00/00/00        2
       SACKS STANLEY J.
  03/28/03 CONTINUANCE BY AGREEMENT              05/08/03
       SACKS STANLEY J.
  05/08/03 DEFENDANT IN CUSTODY                  00/00/00
       SACKS STANLEY J.
  05/08/03 PRISONER DATA SHEET TO ISSUE          00/00/00
       SACKS STANLEY J.
  05/08/03 CONTINUANCE BY AGREEMENT              05/21/03
       SACKS STANLEY J.
  05/21/03 DEFENDANT IN CUSTODY                  00/00/00
       SACKS STANLEY J.
  05/21/03 PRISONER DATA SHEET TO ISSUE          00/00/00
       SACKS STANLEY J.
  05/21/03 CONTINUANCE BY AGREEMENT              06/02/03
       SACKS STANLEY J.
  06/02/03 DEFENDANT IN CUSTODY                  00/00/00
       SACKS STANLEY J.
  06/02/03 PRISONER DATA SHEET TO ISSUE          00/00/00
       SACKS STANLEY J.
  06/02/03 MOTION DEFT - CONTINUANCE - MD        07/01/03
       SACKS STANLEY J.
  07/01/03 DEFENDANT IN CUSTODY                  00/00/00
       SACKS STANLEY J.
  07/01/03 PRISONER DATA SHEET TO ISSUE          00/00/00
       SACKS STANLEY J.
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 004

PEOPLE OF THE STATE OF ILLINOIS

                VS          NUMBER 02CR1587701

THEOPOLIS    WILLIAMS

         CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

  I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

```
The States Attorney of Cook County filed an INDICTMENT/INFORMATION
07/01/03 CONTINUANCE BY AGREEMENT                07/07/03
     SACKS STANLEY J.
07/07/03 DEFENDANT IN CUSTODY                    00/00/00
     SACKS STANLEY J.
07/07/03 PRISONER DATA SHEET TO ISSUE            00/00/00
     SACKS STANLEY J.
07/07/03 DISCOVERY ANSWER FILED                  00/00/00          2
     SACKS STANLEY J.
07/07/03 CONTINUANCE BY AGREEMENT                07/31/03
     SACKS STANLEY J.
07/31/03 DEFENDANT IN CUSTODY                    00/00/00
     SACKS STANLEY J.
07/31/03 PRISONER DATA SHEET TO ISSUE            00/00/00
     SACKS STANLEY J.
07/31/03 WITNESSES ORDERED TO APPEAR             00/00/00
     SACKS STANLEY J.
07/31/03 CONTINUANCE BY AGREEMENT                09/29/03
     SACKS STANLEY J.
09/30/03 DEFENDANT IN CUSTODY                    00/00/00
     SACKS STANLEY J.
09/30/03 PRISONER DATA SHEET TO ISSUE            00/00/00
     SACKS STANLEY J.
09/30/03 WITNESSES ORDERED TO APPEAR             00/00/00
     SACKS STANLEY J.
09/30/03 CONTINUANCE BY AGREEMENT                10/27/03
     SACKS STANLEY J.
10/27/03 DEFENDANT IN CUSTODY                    00/00/00
     SACKS STANLEY J.
10/27/03 PRISONER DATA SHEET TO ISSUE            00/00/00
     SACKS STANLEY J.
10/27/03 DEF DEMAND FOR TRIAL                    00/00/00
     SACKS STANLEY J.
10/27/03 WITNESSES ORDERED TO APPEAR             00/00/00
     SACKS STANLEY J.
10/27/03 MOTION STATE - CONTINUANCE -MS          12/08/03
     SACKS STANLEY J.
11/20/03 HABEAS CORPUS PETITION FILED            00/00/00
```

```
            IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 005

        PEOPLE OF THE STATE OF ILLINOIS

                        VS                  NUMBER 02CR1587701

        THEOPOLIS    WILLIAMS

                CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
11/20/03 HEARING DATE ASSIGNED                    12/03/03 1723
12/03/03 PRISONER DATA SHEET TO ISSUE             00/00/00
    SACKS STANLEY J.
12/03/03 CONTINUANCE BY ORDER OF COURT            12/08/03
    SACKS STANLEY J.
12/08/03 DEFENDANT IN CUSTODY                     00/00/00
    SACKS STANLEY J.
12/08/03 PRISONER DATA SHEET TO ISSUE             00/00/00
    SACKS STANLEY J.
12/08/03 PLEA OF NOT GUILTY                       00/00/00
    SACKS STANLEY J.
12/08/03 JURY WAIVED                              00/00/00
    SACKS STANLEY J.
12/08/03 CONTINUANCE BY ORDER OF COURT            12/09/03
    SACKS STANLEY J.
12/09/03 DEFENDANT IN CUSTODY                     00/00/00
    SACKS STANLEY J.
12/09/03 PRISONER DATA SHEET TO ISSUE             00/00/00
    SACKS STANLEY J.
12/09/03 PLEA OF NOT GUILTY                       00/00/00
    SACKS STANLEY J.
12/09/03 JURY WAIVED                              00/00/00
    BENCH TRIAL
    SACKS STANLEY J.
12/09/03 NOLLE PROSEQUI                           C001 00/00/00
    SACKS STANLEY J.
12/09/03 NOLLE PROSEQUI                           C002 00/00/00
    SACKS STANLEY J.
12/09/03 NOLLE PROSEQUI                           C003 00/00/00
    SACKS STANLEY J.
12/09/03 NOLLE PROSEQUI                           C004 00/00/00
    SACKS STANLEY J.
12/09/03 NOLLE PROSEQUI                           C005 00/00/00
    SACKS STANLEY J.
12/09/03 NOLLE PROSEQUI                           C006 00/00/00
    SACKS STANLEY J.
12/09/03 NOLLE PROSEQUI                           C011
    SACKS STANLEY J.
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS    Page 006

PEOPLE OF THE STATE OF ILLINOIS

       VS     NUMBER 02CR1587701

THEOPOLIS    WILLIAMS

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

 I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

```
The States Attorney of Cook County filed an INDICTMENT/INFORMATION
12/09/03 NOLLE PROSEQUI                          C012
    SACKS STANLEY J.
12/09/03 NOLLE PROSEQUI                          C009 00/00/00
    SACKS STANLEY J.
12/09/03 NOLLE PROSEQUI                          C010 00/00/00
    SACKS STANLEY J.
12/09/03 NOLLE PROSEQUI                          C013 00/00/00
    SACKS STANLEY J.
12/09/03 NOLLE PROSEQUI                          C014 00/00/00
    SACKS STANLEY J.
12/09/03 NOLLE PROSEQUI                          C015 00/00/00
    SACKS STANLEY J.
12/09/03 CONTINUANCE BY ORDER OF COURT           12/10/03
    SACKS STANLEY J.
12/10/03 DEFENDANT IN CUSTODY                    00/00/00
    SACKS STANLEY J.
12/10/03 PRISONER DATA SHEET TO ISSUE            00/00/00
    SACKS STANLEY J.
12/10/03 SPECIAL ORDER                           00/00/00
    BENCH TRIAL C & C BOTH SIDES RESTS
    SACKS STANLEY J.
12/10/03 CONTINUANCE BY ORDER OF COURT           12/15/03
    9:00 A.M.
    SACKS STANLEY J.
12/15/03 DEFENDANT IN CUSTODY                    00/00/00
    SACKS STANLEY J.
12/15/03 PRISONER DATA SHEET TO ISSUE            00/00/00
    SACKS STANLEY J.
12/15/03 PLEA OF NOT GUILTY                      00/00/00
    SACKS STANLEY J.
12/15/03 JURY WAIVED                             00/00/00
    BENCH TRIAL
    SACKS STANLEY J.
12/15/03 FINDING OF GUILTY                       C011 00/00/00
    SACKS STANLEY J.
12/15/03 FINDING OF GUILTY                       C012 00/00/00
    SACKS STANLEY J.
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS         Page 007

PEOPLE OF THE STATE OF ILLINOIS

                VS           NUMBER 02CR1587701

THEOPOLIS     WILLIAMS

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

```
12/15/03 PRE-SENT INVEST. ORD, CONTD TO        00/00/00
     SACKS STANLEY J.
12/15/03 BAIL REVOKED                          00/00/00
     SACKS STANLEY J.
12/15/03 CONTINUANCE BY AGREEMENT              02/03/04
     SACKS STANLEY J.
02/03/04 DEFENDANT IN CUSTODY                  00/00/00
     SACKS STANLEY J.
02/03/04 PRISONER DATA SHEET TO ISSUE          00/00/00
     SACKS STANLEY J.
02/03/04 WITNESSES ORDERED TO APPEAR           00/00/00
     SACKS STANLEY J.
02/03/04 CONTINUANCE BY AGREEMENT              02/24/04
     SACKS STANLEY J.
02/24/04 DEFENDANT IN CUSTODY                  00/00/00
     SACKS STANLEY J.
02/24/04 PRISONER DATA SHEET TO ISSUE          00/00/00
     SACKS STANLEY J.
02/24/04 MOTION DEFENDANT - NEW TRIAL          00/00/00 F      2
     SACKS STANLEY J.
02/24/04 MOTION DEFT - CONTINUANCE - MD        03/11/04
     SACKS STANLEY J.
03/11/04 DEFENDANT IN CUSTODY                  00/00/00
     SACKS STANLEY J.
03/11/04 MOTION DEFENDANT - NEW TRIAL          00/00/00 D      2
     SACKS STANLEY J.
03/11/04 DEF SENTENCED ILLINOIS DOC       C007
     DEFT TO SERVE 85% UNDER TRUTH IN SENTENCING.
            24 YRS
     SACKS STANLEY J.
03/11/04 DEF SENTENCED ILLINOIS DOC       C008
            24 YRS
     SACKS STANLEY J.
03/11/04 SENTENCE TO RUN CONCURRENT             00/00/00
     SACKS STANLEY J.
03/11/04 CREDIT DEFENDANT FOR TIME SERV         00/00/00
            647 DYS
     SACKS STANLEY J.
```

COOK COUNTY STRIP SEARCH SETTLEMENT
C/O RUST CONSULTING, INC.
P.O. BOX 24660
WEST PALM BEACH, FL 33416
1-877-314-6057 (TOLL-FREE) OR 1-312-224-4658 (NON-TOLL-FREE) 10:00 AM – 3:00 PM CENTRAL

*00005629-056*

May 11, 2011

THEOPOLIS WILLIAMS          4022
IDOC: B31679
HILL CORRECTIONAL CENTER
10930 LAWRENCE ROAD
SUMNER, IL 62466

**NOTICE OF INELIGIBILTY *** Claim No: 73818**

Dear Claimant,

We have received the Claim Form and Release you filed in the Young et al v. Cook County case, No. 06 CV 552 (Cook County Strip Search Settlement). However, based on the information you provided on your claim form and the records of the Cook County Jail, you do not meet the qualifications to be deemed an eligible member of the Settlement Class.

As stated in the Court-approved Notice, an eligible Class Member is defined as:

(A) Class I: All males who were subjected to a strip search and/or a visual body cavity search as a new detainee at the Cook County Jail between January 30, 2004 and March 30, 2009 on suspicion of a felony, drug, or weapon offense; or

(B) Class II: All people (male and female) charged with only a misdemeanor or lesser offense not involving drugs or weapons who were subjected to a strip search and/or a visual body cavity search as a new detainee at the Cook County Jail between January 30, 2004 and March 30, 2009.

If you AGREE with the Cook County Jail's records that you are not an eligible class member, then you do not need to do anything in response to this letter. You will not receive any money in this case.

If you DISAGREE with the Cook County Jail's records and your class determination, you have the opportunity to establish your membership in the Settlement Classes. In order to do so, you must send us a signed letter stating that you believe you belong to Class I or Class II. In addition, you must submit documents that prove that you were admitted to the Jail during the class period on an eligible charge, based on the Class definitions set forth above. The following documents are acceptable: official court papers; bond slips; arrest reports; rap sheets; or other documents prepared by the courts or by the police department.

For more information or answers to Frequently Asked Questions please visit the website at www.cookcountystripsearch.com, call one of the hotline numbers listed above or email us at info@cookcountystripsearch.com.

Sincerely,

Claims Administrator

NOT,*O* - 56229

# PLEASE READ THIS
## IMPORTANT CHANGES TO THE DEADLINES

We previously mailed to you a notice package containing information about a proposed settlement in the *Young v. Cook County* class action lawsuit. However, it appears that the address we used was not your current address, and the notice package was returned to us as undeliverable. We were able to locate an updated address for you and have enclosed another copy of the notice package for your review.

The enclosed Notice and Claim Form provide information about the proposed settlement. You should read the Notice and Claim Form carefully. Because your original notice package was not mailed to your current address, **the following DEADLINES have been extended for you as follows**:

| | |
|---|---|
| **Submitting a Claim Form** | POST-MARKED BY **FEBRUARY 10, 2011** |
| **Excluding Yourself from the Settlement:**<br>For more information on excluding yourself, see Questions 12 and 14 of the enclosed Notice. | RECEIVED BY **FEBRUARY 10, 2011** |
| **Objecting to the Settlement:**<br>For more information on objecting, see Questions 15-16 of the enclosed Notice. | RECEIVED BY **FEBRUARY 10, 2011** |

The rest of the Notice has not changed. To participate in the settlement and be eligible to receive a payment, you must complete the Claim Form, and mail it to the Claims Administrator at the following address: Cook County Strip Search Settlement, c/o Rust Consulting, Inc., P.O. Box 24660, West Palm Beach, FL 33416. Your Claim Form **must be postmarked** no later than **FEBRUARY 10, 2011**. For more information on submitting a Claim Form, see Questions 9-12 of the enclosed Notice.

Please review the enclosed Notice for more details, visit the website at www.cookcountystripsearch.com, or call the Claims Administrator toll-free at 1-877-314-6057 (toll-free) or 1-312-244-4658 (non-toll free).

Theopolis Williams, #B31679
Pinckneyville C.Ctr.
P.O. Box-999
Pinckneyville, IL.62274

Legal Mail

LEGAL MAIL

LEGAL MAIL

*Legal Mail*

To. Clerk, United States District Court for
the Northern Dist Of Illinois.
219 South Dearborn Street.
Chicago, IL.60607

RECEIVED
AUG 28 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



08/28/2017-11

neopost
08/28/2017
US POSTAGE $001.40⁰
ZIP 62274
041L12203258

FIRST-CLASS MAIL
INMATE MAIL