IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KIM YOUNG, RONALD JOHNSON, WILLIAM JONES, ALLEN GORMAN, GERRAD LAMOUR, LEE MERCADO, BRADLEY HYTREK, CARL GRAY, and MATTHEW LIPTAK, on behalf of themselves and a class of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF COOK and SHERIFF TOM DART in his capacity as Head of the Cook County Sheriff's Department, <br><br> Defendants. | No: 06-CV-552 <br><br> JUDGE KENNELLY |

**ORDER REGARDING PLAINTIFFS' MOTION FOR
<u>REIMBURSEMENT OF NOTICE COSTS</u>**

This matter comes before the Court on Plaintiffs' Motion for Reimbursement of Notice Costs relating to the settlement of *Cook County, et al. v. American International Group, et al.*, Case No. 12-L-2765 (Cir. Ct. Cook County, Ill.) (*Young Insurance* settlement).

The Court having reviewed the motion and accompanying documents and being sufficiently advised hereby grants Plaintiffs' Motion.

IT IS HEREBY ORDERED THAT:

1. The Court finds that Loevy & Loevy has submitted sufficient documentation establishing that it paid $40,199.56 to the Claims Administrator, Rust Consulting, Inc., for the cost of printing and mailing notice of the *Young Insurance* settlement.

2. The Court further finds that the $40,199.56 Loevy & Loevy paid for printing and mailing the class notice was a reasonable expense.

3. The Claims Administrator shall reimburse Loevy & Loevy in the amount of

$40,199.56 from the common fund established by the *Young Insurance* settlement.

**IT IS SO ORDERED**.

ENTERED:11/21/2017

_____
HONORABLE MATTHEW F. KENNELLY
UNITED STATES DISTRICT JUDGE