**OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604**

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE

06cv552 #936

Shawn Lewis
1124 W. Wilson
Chicago, IL 60640

NIXIE        606 NFE 1        17C00012/11/17
    RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD
BC: 60604188099        *1461-04757-04-42

RECEIVED
2017 DEC 14 AM 11: 24