

OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RTS
DISCHARGED
EMO
06 CV 552 # 936, 937

S SUBURBAN
IL 604
27 NOV 17
PM 2 L
RECEIVED
2017 DEC 13 AM 8:34

neopost
11/27/2017
US POSTAGE $000.46⁰
FIRST-CLASS MAIL
ZIP 60604
041M11270962

12/13/2017-6

Raymond Hardy
N-61428
Western - WST
2500 Rt. 99 South

FORWARD TO
E. Moline Cor Center
100 Hillcrest Road
E. Moline, IL 61244