IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KIM YOUNG, RONALD JOHNSON, WILLIAM JONES, ALLEN GORMAN, GERRAD LAMOUR, LEE MERCADO, BRADLEY HYTREK, CARL GRAY, and MATTHEW LIPTAK, on behalf of themselves and a class of others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>COUNTY OF COOK and SHERIFF TOM DART in his capacity as Head of the Cook County Sheriff's Department,<br><br>        Defendants. | No. 06-CV-552<br><br>JUDGE KENNELLY |

## DECLARATION OF JASON M. STINEHART
## CONCERNING EFFORTS TO LOCATE CLASS MEMBERS

I, Jason M. Stinehart, hereby declare as follows:

1. I am employed as a Program Manager by Rust Consulting, the Settlement Administrator in the above-entitled action. Our main office address is 625 Marquette Avenue, Suite 900, Minneapolis, MN 55402. My telephone number is (612) 359-2906. I am over twenty-one years of age and authorized to make this declaration on behalf of Rust Consulting and myself.

2. Rust Consulting carried out the Court-approved notice plan to inform Class Members about the Young Insurance settlement. As part of that process, on or about May 17, 2017, Rust Consulting extracted a list of those who submitted a valid claim form from Young I to provide notice to Class Members of the settlement in the Young Insurance case, as only those Class Members who submitted a timely, valid claim to the Young I settlement are eligible to participate in the Young Insurance settlement.

3.  In compiling the Class List for mailing the Class Notice, Rust Consulting used the data it had from Young I, which entailed 64,838 records of claimants who submitted valid claims for the Young I settlement. In sending out the Class Notice, Rust Consulting used the mailing address of Young v Cook County II - 5614, P.O. Box 2599, Faribault, MN 55021-9599 in order to receive undeliverable Class Notices, Requests for Objection and Settlement Class Member correspondence. Rust received a total of 26,760 undeliverable notices without a forwarding address. Through a tiered approach, Rust has identified addresses for all but 3,208 of those individuals. Within that group of 3,208, Rust continues to conduct searches for the remaining 1,573 undeliverables, and it believes that it has exhausted efforts to locate 1,635 of the individuals. The tiered approach is described below:

   a. Rust sent all 26,760 undeliverable notices without a forwarding address to Transunion for skip tracing. Transunion address traces are performed by running records through an automated batch process where last known name and address information will be used to find more current address information. Transunion provides additional locator services using an assortment of consumer footprint information. The Transunion skip tracing returned 15,538 successful updated addresses.

   b. Following the Transunion skip trace, the remaining undeliverables were sent to Experian for further skip tracing. Experian utilized its proprietary matching process to identify the individuals Rust was attempting to contact, and attempted to identify any more recent addresses that Experian has in its databases for these individuals. Experian's matching process utilizes information submitted by Rust; the class member's Name, SSN, and Address information, to find that individual in their systems. Any individuals with more recent addresses were delivered back to Rust. Experian's databases include identification and mailing data from a multitude of sources that they have access to internally. That skip tracing resulted in an addition, 1,047 address updates.

a. In addition to the Transunion and Experian skip tracing, 5,561 class members contacted Rust Consulting directly with address updates, and 226 class members provided Loevy and Loevy with address updates, which Loevy and Loevy in turn provided to Rust.

b. As an additional step, the Illinois Department of Corrections provided a list of all current inmates, as well as the last known address for inmates on parole. Rust Consulting checked those addresses against the Class List, which resulted in 302 additional updated addresses.

c. Finally, for addresses that could not be located using any of the above steps, Rust Consulting conducted a final round of skip tracing through Clear Trace. Clear Trace combines real-time data with advanced skip tracing tools which looks at contact information, including new or moved information. Thus far, Clear Trace skip tracing has resulted in in 878 successful address updates.

4. Through the above-described Tiered Results, Rust Consulting submits that it has exhausted reasonable efforts to locate updated addresses for class members, other than the 1,573 individuals for whom the skip tracing process is still underway. Nonetheless, given that there will be multiple distributions of funds, in consultation with Class Counsel at Loevy & Loevy, Rust Consulting will hold back a sufficient amount of funds from the first distribution of the Young Insurance settlement proceeds to ensure that each of the class members who cannot currently be located will receive a full *pro rata* share of the Young Insurance settlement if they are located before the second distribution is made (for example, if they contact Class Counsel or Rust with an updated address).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21 day of December, 2017, in Minneapolis, MN.

_____
Jason M. Stinehart

3