FEB 13 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Dear Judge Kennelly, hey my name is Carlos Nash ID# R00551 and I am writing you to let you know that the frist claim that was sent out to the people for the Seacher

Dear Honorable: Mattew F. Kennelly

hey my name is Carlos Nash ID# R00551 And I'am writing you this letter to let you know that when the frist strip search checks was sent out to the people that was in the claim like me. I am the one who that didn't get the $500.36 dollars check that the people had got. And now I am the one that Loevy and Loevy keep on sending me the paper telling me. And Judge Matteo Kennelly and I have it Case 1:06-CV-00552 And I'am asking you can you please help me out to find out why I didn't get the check $500.36 dollars that I never got from the Strip Seach. I was Down in East moline Correctional Center when they had sent me the claim form telling me to feel it out and I was going to get the $500.36 dollars for the Strip Seach. And I had wrote Loevy and Loevy telling them that I didn't get the $500.36 dollars from the Strip Seach. And that's when they had told me to write West Beanch plmyt flour to let

Know that I didn't get the $500.36 Dollars that was sent out who was in the strip search settlement of the Cook County I had got the Dick Doctor they give me $200. Dollars for that from the Dick Doctor when I was in Cook County Jail. And when I was in Eastmoline Correctional Center they had sent 40 check back to West Beach plan flower. because the check didn't have people ID# number them. And when I had wrote the mail Room And asking them what happen to the checks that was sent back. That when she said that the checks didn't have our name on them or ID# number at all. Now I Just got County of Cook And Sheriff Tom Dart in his Capacit as head of the Cook County Sheriff's Department, Defendants.

## Order Regarding Plaintiffs' Motion for Reimbursement of notice costs

This matter comes before the Court on Plaintiffs' motion for Reimbursement of notice cost relating to the Settlement of Cook County et Al. v American International Group, et Al., Case No. 12-L-2765 (Cir. Ct. Cook County, Ill.) young Insurance Settlement. And I Just want to know if I am going to get some of that Insurance Settlement. And I had wrote —

the Claims Administrator, Rust Consulting telling them that the $500.36 Dollars Check that they Sent me that I didn't not get the money. And I had ask them to Send me Another check back out to me And they Never did. And if I am in them lost Suit Settlement when I was in the Cook County Jail for the Strip Search And the for the Dick Doctor as well. So when you get my letter will you please? respond back to my letter letting me know Can you please help me out Honorable Matthew f. kennelly. And Honorable matthew f. kennelly that's why I am writing you about this case No: 1:06-CV-00552 that I am Inquiring About the Case because the other Inmates have got there Check And I have Not receive my Check. And I will like you to let me know And please respond from my letter and Concern About my check that I Never got. And I Just want you to know that when the frist Strip search Checks was Sent to the people Carlos Nash that was Apart of the strip search #R00551 Settlement. they got there money 4-B-14 And me was eligible for $500.36 Dollars that I Never got from the strip search And my claim # was 626530000 please So Honorable matthew f. kennelly Respond Judge will you? help me get that BACK back money the $500.36 Dollars

from the Strip Search Settlement from Kim young, et al. v. County of Cook, et al. And when I in East maline Correctional Center that's where I was at before I had got knock out and was sent to Gales Burg Correctional Center and I was parloe from there June 23, 2017 I had did 4 and half year. And I never had got the Strip Search money from the Settlement.

Carlos Nash #R00334
5835 State Route 154 Pinckneyville
IL 62274

To: Honorable Judge Matthew F. Kennelly
Office of Clerk of the U.S. District Court United State Court House
219 South DearBorn Street
Chicago IL 60604