Young V. Cook County No 06 CV 552

Re-Sent March 19, 18

No. 06 CV-552 (N.D. ILL)
Case Number
For Additional payments
To: Judge Kennelly
U.S. District Court
Northern District of ILL
219 S. Dearborn St.
Chicago, IL. 60604

# N95712
Mr. Marvin Thomas
Lawrence C.C.
10930 Lawrence Road
Sumner, IL. 62466
March 11, 2018

FILED MAR 23 2018 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT

This is concerning Additional payments for Young V. Cook County II Class members. Yes, I am one of them, Since the Hearing Date Sept 12, 2017, you approved the Settlement, for Additional payments, In which, It's 6 Month's has pass by, I've not Received nothing! Now my Brother got his Second payments, He is out in the World, But prisoner's haven't got nothing your honor, Why is that, I believe the Lawyer's have forgot about me, or other class members, please Look into why prisoner's that's in prison Still after 6 month's have not got nothing in a way of Second or third payments Sir, as of this date march 11, 2018, No money or check from Administrator period! Please write Back. Thank you Sir!

The administrator, Has my right Information on my address, It been 6 months Since the Hearing Dates Are they making us wait another 6 months if so why? They haven't even wrote me Back, or answer none of my four letters your Judge please tell me what should I do? Even the Lawyer's haven't answer none of my letter's. please check and see why no check's have been Issued too me!
Thank you //
#N 95712
Signed: MR. Marvin Thomas
4-B-Lower-Cell-19
March 11, 2018
please send a answer.!!

Mr. Marvin Thomas
Lawrence C.C.
10930 Lawrence Road
Sumner, ILL. 62466

PRIVILEGED

Legal Mail

To: Judge Kennelly
Clerk of The U.S. District Court
United States Court House
219 South Dearborn Street
Chicago, Illinois 60604

THIS CORRESPONDENCE IS FROM AN INMATE OF THE IL DEPT OF CORRECTIONS

Case: 1:06-cv-00552 Document #: 951 Filed: 03/23/18 Page 4 of 4 PageID #:18526


03/23/2018-8


FSC MIX Paper

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT 

© USPS 2013