## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Kim Young, et al., | ) | |
|     Plaintiffs, | ) | Case No: 06 C 552 |
| | ) | |
| v. | ) | |
| | ) | |
| County of Cook, et al., | ) | Judge: Kennelly |
|     Defendants. | ) | |

## ORDER

The Court has reviewed the submissions by Theopolis Williams (dkt. 886, 944), Carlos Nash (dkt. 946), and Jimmie Miller (dkt. 947) in support of their contentions that they are members of the plaintiff class in this case entitled to payment from the classwide settlement. Class counsel have agreed with Mr. Miller's submission and have paid or are in the process of paying his claim to his designated payee, so Mr. Miller's request is moot. Mr. Williams did not submit a valid and timely claim for payment from the original settlement, so he is not eligible for a payment from the supplemental settlement. The Clerk is directed to terminate Mr. Williams's motion [944]. Mr. Nash likewise did not submit a valid claim for payment from the original settlement, as the Court previously ruled. The Court therefore finds that Mr. Nash is ineligible for payment from the supplemental settlement. Counsel are to mail a copy of this order to Mr. Williams, Mr. Nash, and Mr. Miller. Finally, class counsel are directed to file a written response to the recent submissions made by Marvin Thomas (dkt. 951) and Anthony Horne (dkt. 952).

_____
MATTHEW F. KENNELLY
United States District Judge

Date: 5/16/2018