November 22, 2017

The Honorable:
To: Matthew F. Kennelly
U.S. District Court Judge
219 South Dearborn, Str.,
Room #
Chicago, Illinois 60604

**FILED**
MAY 16 2018
5-16-18
JUDGE MATTHEW F. KENNELLY
UNITED STATES DISTRICT COURT

**RECEIVED**
DEC 04 2017
JUDGE MATTHEW F. KENNELLY
UNITED STATES DISTRICT COURT

From: Mr. Ronnie L. McAtee
"A.K.A." Rickey L. Stevenson
Reg. No. # B-36520
Hill Correctional Center
P.O. Box 1700
Galesburg, Illinois 61402

In Re: "Young vs. County of Cook"
Case No. # 06-cv-552

Related Case: County of Cook v. American Int.,
Group, No. # 12-L-2765 (Cir. Ct. Cook
County, Ill)
"A.K.A." Young Insurance Litigation

Sub: Request Court Intervention

Dear Honorable Judge Kennelly,

I am writing this letter to you as a last and final resort, in which to seek assistance, as it pertains to the above entitled matter, in which I was previously a class action participant in (2010-2011) and I recieved a check from the "Rust consulting firm - Claims Administrator in the amount of $530.16, under check No.#056305 while I was confined to Stateville Corr. Ctr. "See": Trust fund Account balance Sheet.

That since then, I was made aware by other prisoners at Hill Corr. Ctr about the additional Settlement Money from the "Young-Insurance Litigation" in case No.# 12-L-2765, filed in the Circuit Court of Cook County, Chancery-Division that will soon be released to the (2010) class action participants'.

On or about July 20, 2017, I wrote the Rust consulting firm - Claims Administrator, a letter seeking them to "Re-Affirm" my eligibility as a (2010) class-participant.

That on (September 12, 2017), I recieved a response letter from the Rust consulting firm - Claims Administrator whom arbitrarily denied that I am or was a eligible class participant in (2010) and stated in it's letter that I never filed a valid claim form.

See: Rust consulting firm letter dated September 12, 2017, annexed.

Judge-Kennelly, I have attached to this letter evidence that is undisputable proof via my Trust fund Account balance Sheet that clearly document an entry on (August 03, 2011) Mailroom check No.# 056305 in the Amount of $530.16, via the "Young v. Cook County Settlement, and the Rust consulting firm - Claims Administrator Maybe Negligent by not properly Maintaining their Accounting Records And the distribution of the Class Action Participant Settlement funds.

Judge-Kennelly I Ask This Honorable Court As A interested Party to this action to intervene And issue the Appropriate Orders to ensure that I recieve Monetary compensation in Accordance with the terms of the Settlement in this Matter.

I thank you for your time in this Matter.

Sincerely,

[signature] -36526

YOUNG V COOK COUNTY II – 5614
PO BOX 2599
FARIBAULT MN 55021-9599

**IMPORTANT SETTLEMENT DOCUMENT ENCLOSED**

 – UAD – 0000000516

RONNIE MCATEE
B36520
HILL CORRECTIONAL CENTER
PO BOX 1700
GALESBURG IL 61402

"September 12, 2017"

RE: *Insurance Litigation Relating to Young v. County of Cook Strip Search Settlement*

Dear RONNIE MCATEE:

Thank you for your correspondence regarding *Young v. County of Cook*. In 2006, the law firm Loevy & Loevy filed a class action lawsuit against Cook County Jail and the Cook County Sheriff's Office, challenging the Jail's practice of strip-searching pre-trial detainees. The lawsuit settled for $55 million in 2010 with disbursements to qualified class members in 2011 (aka "Cook County Strip Search Settlement") (Case No. 06-cv-552, Northern Dist. of Ill.). Additionally, as part of the settlement, Cook County assigned the Class certain rights to sue the County's insurance companies and related entities for not properly covering the $55 million settlement. That lawsuit was filed in 2012 in the Circuit Court of Cook County's Law Division (Case No. 2012 L 2765, Cook County, Ill.) ("Young Insurance").

In order to be considered a class member for either lawsuit, potential class members had to be a pre-trial detainee from January 30, 2004-March 30, 2009. In addition, potential class members had to fill out a claim form post-marked by January 27, 2011.

> According to our records you did not submit a valid, timely claim in 2011 to the original settlement with Cook County. Unfortunately, as a result, you are not eligible to receive money from the Young Insurance settlement.

We wish we had better news for you. But we must follow the terms of the settlement and the Court orders.

Sincerely,

Claims Administrator

"NOTE: My attached Stateville Correctional Center Trust fund Transaction Account Statement clearly shows that the Rust Consulting, Inc – Claims Administrator sent me a check on (August 03, 2011) in the amount of $530.16 (bearing check no. # 056305), in which I did in fact filled-out and filed a valid claim form.

A mistake was made by the claims administrator and I am entitled to additional settlement funds."

Bruce Rauner
Governor



John Baldwin
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

September 25, 2017

Ronnie McAtee, B36520
Hill Correctional Center
P.O. Box 1700
Galesburg, IL 61401

      Re:    Freedom of Information Request #170918126

Dear Mr. McAtee:

    This letter is in response to your request to the Illinois Department of Corrections ("IDOC") pursuant to the Illinois Freedom of Information Act, 5 ILCS 140/1, et seq.

    You have requested your trust fund history from January 1, 2011 through January 1, 2013. Responsive records are enclosed.

                                Sincerely,
                                Lisa Weitekamp
                                Freedom of Information Officer

Enclosures

Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.

www.illinois.gov/idoc

| | | | | | | | Page 1 |
|---|---|---|---|---|---|---|---|
| Date: 9/21/2017 | | | **Stateville Correctional Center** | | | | |
| Time: 12:38pm | | | Trust Fund | | | | |
| d_list_inmate_trans_statement_composite | | | Inmate Transaction Statement | | | | |

REPORT CRITERIA - Date: 01/01/2011 thru 01/01/2013;  Inmate: B36520;  Active Status Only ? : No;  Print Restrictions ? : Yes;  Transaction Type: All Transaction Types;  Print Furloughs / Restitutions ? : Yes;  Include Inmate Totals ? : Yes;  Print Balance Errors Only ? : No

**Inmate: B36520 McAtee, Ronnie L.**        **Housing Unit: NRC-RT-01-10**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.00 |
| 03/23/11 | Mail Room | 01 MO/Checks (Not Held) | 0822153 | 7339 | Dunn V Chicago, Settlement | 2,927.14 | 2,927.14 |
| 04/05/11 | Point of Sale | 60 Commissary | 095783 | 645891 | Commissary | -45.71 | 2,881.43 |
| 05/02/11 | Disbursements | 99 Transfer Inmate | 1223148 | Chk #156328 | Western IL CC, Inv. Date: 05/02/2011 | -2,881.43 | .00 |
| 06/29/11 | Mail Room | 04 Intake and Transfers In | 180276 | 96679 | Western Illinois C.C. | 68.09 | 68.09 |
| 07/19/11 | Mail Room | 04 Intake and Transfers In | 200276 | 96828 | Western Illinois C.C. | 2.54 | 70.63 |
| 08/01/11 | Point of Sale | 60 Commissary | 2137142 | 657044 | Commissary | -7.77 | 62.86 |
| 08/03/11 | Mail Room | 01 MO/Checks (Not Held) | 215276 | 056305 | Young V Cook County, Settlement | 530.16 | 593.02 |
| 08/09/11 | Point of Sale | 60 Commissary | 2217203 | 658183 | Commissary | -14.50 | 578.52 |
| 08/23/11 | Mail Room | 04 Intake and Transfers In | 2352153 | 97272 | Western Illinois C.C. | .07 | 578.59 |
| 08/24/11 | Disbursements | 84 Library | 2363148 | Chk #157974 | GH547, DOC: 523 Fund Library, Inv. Date: 08/11/2011 | -10.00 | 568.59 |
| 08/24/11 | Disbursements | 84 Library | 2363148 | Chk #157974 | GH822, DOC: 523 Fund Library, Inv. Date: 08/12/2011 | -6.20 | 562.39 |
| 08/24/11 | AP Correction | 84 Library | 2365148 | Chk #157974 Voided | GH547 - DOC: 523 Fund Library | 10.00 | 572.39 |
| 08/24/11 | AP Correction | 84 Library | 2365148 | Chk #157974 Voided | GH822 - DOC: 523 Fund Library | 6.20 | 578.59 |
| 08/24/11 | Disbursements | 84 Library | 2363148 | Chk #157975 | GH547, DOC: 523 Fund Library, Inv. Date: 08/11/2011 | -10.00 | 568.59 |
| 08/24/11 | Disbursements | 84 Library | 2363148 | Chk #157975 | GH822, DOC: 523 Fund Library, Inv. Date: 08/12/2011 | -6.20 | 562.39 |
| 09/02/11 | Disbursements | 80 Postage | 2453148 | Chk #158045 | DRM501, DOC: 523 Fund Inmate R, Inv. Date: 08/01/2011 | -.64 | 561.75 |
| 09/06/11 | Disbursements | 84 Library | 2493148 | Chk #158102 | JM10251, DOC: 523 Fund Library, Inv. Date: 09/03/2011 | -2.50 | 559.25 |
| 09/19/11 | Point of Sale | 60 Commissary | 2627142 | 660873 | Commissary | -18.14 | 541.11 |
| 10/13/11 | Point of Sale | 60 Commissary | 2867137 | 662951 | Commissary | -24.50 | 516.61 |
| 10/14/11 | Point of Sale | 60 Commissary | 2877150 | 663100 | Commissary | -16.72 | 499.89 |
| 11/16/11 | Disbursements | 84 Library | 3203148 | Chk #159542 | DRM3830, DOC: 523 Fund Library, Inv. Date: 11/14/2011 | -.40 | 499.49 |
| 11/16/11 | Disbursements | 84 Library | 3203148 | Chk #159542 | DRM3831, DOC: 523 Fund Library, Inv. Date: 11/14/2011 | -2.95 | 496.54 |
| 11/16/11 | Disbursements | 84 Library | 3203148 | Chk #159542 | DRM3829, DOC: 523 Fund Library, Inv. Date: 11/14/2011 | -16.00 | 480.54 |
| 11/16/11 | Disbursements | 84 Library | 3203148 | Chk #159542 | DRM3944, DOC: 523 Fund Library, Inv. Date: 11/14/2011 | -4.95 | 475.59 |
| 12/07/11 | Point of Sale | 60 Commissary | 3417150 | 666120 | Commissary | -29.90 | 445.69 |
| 12/16/11 | Disbursements | 84 Library | 3503148 | Chk #160013 | DRM6391, DOC: 523 Fund Library, Inv. Date: 12/06/2011 | -2.00 | 443.69 |
| 12/16/11 | Disbursements | 84 Library | 3503148 | Chk #160013 | DRM4366, DOC: 523 Fund Library, Inv. Date: 11/17/2011 | -.20 | 443.49 |
| 12/16/11 | Disbursements | 84 Library | 3503148 | Chk #160013 | DCC610, DOC: 523 Fund Library, Inv. Date: 12/05/2011 | -2.75 | 440.74 |
| 12/16/11 | Disbursements | 84 Library | 3503148 | Chk #160013 | DRM4365, DOC: 523 Fund Library, Inv. Date: 11/17/2011 | -3.40 | 437.34 |
| 12/16/11 | Disbursements | 84 Library | 3503148 | Chk #160013 | DRM4245, DOC: 523 Fund Library, Inv. Date: 11/16/2011 | -2.20 | 435.14 |
| 12/19/11 | Disbursements | 90 Medical Co-Pay | 3533148 | Chk #160060 | JM12596, DOC: 523 Fund Inmate, Inv. Date: 12/13/2011 | -2.00 | 433.14 |
| 12/29/11 | Disbursements | 90 Medical Co-Pay | 3633148 | Chk #160235 | JM12839, DOC: 523 Fund Inmate, Inv. Date: 12/28/2011 | -2.00 | 431.14 |
| 01/02/12 | Point of Sale | 60 Commissary | 0027213 | 668225 | Commissary | -28.72 | 402.42 |
| 01/17/12 | Disbursements | 84 Library | 0173148 | Chk #160407 | DCC1656, DOC: 523 Fund Library, Inv. Date: 01/11/2012 | -1.20 | 401.22 |
| 01/17/12 | Disbursements | 84 Library | 0173148 | Chk #160407 | DCC1313, DOC: 523 Fund Library, Inv. Date: 01/04/2012 | -22.50 | 378.72 |

Date: 9/21/2017
Time: 12:38pm
d_list_inmate_trans_statement_composite

**Stateville Correctional Center**
**Trust Fund**
Inmate Transaction Statement

Page 2

REPORT CRITERIA - Date: 01/01/2011 thru 01/01/2013;   Inmate: B36520;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B36520 McAtee, Ronnie L.**                    **Housing Unit: NRC-RT-01-10**

| Date | Source | Transaction Type | Batch | Reference # | Description | | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 02/03/12 | Point of Sale | 60 Commissary | 0347213 | 670600 | Commissary | | -29.72 | 349.00 |
| 02/06/12 | Point of Sale | 60 Commissary | 0377213 | 670713 | Commissary | | -19.39 | 329.61 |
| 02/21/12 | Disbursements | 99 Transfer Inmate | 0523148 | Chk #160979 | Pontiac CC, | Inv. Date: 02/15/2012 | -329.61 | .00 |

|  |  |
|---:|---:|
| Total Inmate Funds: | .00 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | .00 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

Preview: Booking Associated View

Page 1 of 1

## Booking Associated View

| Status | Inmate | Booking # | Booking Location | Booking Date | Date of Birth | SSN |
|---|---|---|---|---|---|---|
| Active | Ronnie Mcatee | 20160908139 | RCDC | 9/8/2016 9:32 AM | 1/28/1974 | 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 |
| Inactive | Ronnie Mcatee | 20160811133 | PCS-111Th St. | 8/11/2016 9:37 AM | 1/29/1974 | 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 |
| Inactive | Ronnie Mcatee | 20160327087 | RCDC | 3/27/2016 8:23 AM | 1/29/1974 | 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 |
| Inactive | Ronnie Mcatee | 20160119085 | RCDC | 1/19/2016 9:03 AM | 1/28/1974 | 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 |
| Inactive | Ronnie Mcatee | 20151223030 | RCDC | 12/23/2015 8:00 AM | 1/28/1974 | 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 |
| Inactive | Ronnie Mcatee | 20151023120 | RCDC | 10/23/2015 9:14 AM | 1/28/1974 | 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 |
| Inactive | Ronnie Mcatee | 20140822274 | RCDC | 8/22/2014 4:14 PM | 1/28/1974 | 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 |
| Inactive | Ronnie Mcatee | 20140814111 | PCS-51St St. | 8/14/2014 9:32 AM | 1/28/1974 | |
| Inactive | Ronnie Mcatee | 20140806279 | RCDC | 8/6/2014 5:21 PM | 1/28/1974 | |
| Inactive | Ronnie Mcatee | 20130606037 | RCDC | 6/6/2013 3:27 PM | 1/28/1974 | 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 |
| Inactive | Ronnie Mcatee | 20130406057 | RCDC | 4/6/2013 2:55 PM | 1/28/1974 | 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 |
| Inactive | Ronnie Mcatee | 20130314129 | RCDC | 3/14/2013 5:21 PM | 1/28/1974 | 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 |
| Inactive | Ronnie Mcatee | 20070069907 | RCDC | 9/14/2007 4:27 PM | 1/28/1974 | 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 |
| Inactive | Ronnie Mcatee | 20070043364 | RCDC | 6/13/2007 2:17 PM | 1/28/1974 | 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 |
| Inactive | Ronnie Mcatee | 19969602010 | RCDC | 1/9/1996 12:27 AM | 1/28/1974 | 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 |
| Inactive | Ronnie Mcatee | 19959582173 | RCDC | 12/5/1995 11:31 PM | 1/28/1974 | 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 |
| Inactive | Ronnie Mcatee | 19929234908 | RCDC | 6/30/1992 1:28 AM | 1/28/1974 | 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 |



| Inmate Name: Mcatee, Ronnie | Inmate #: 0005250 | Booking #: 20160908139 |
|---|---|---|

Monday, November 28, 2016
7:38:57 AM

## COOK COUNTY SHERIFF'S OFFICE
## BOOKING CARD



Prisoner Type: Pre-Trial

| | | | |
|---|---|---|---|
| Bkg Date/Time: 9/8/2016 9:32 AM | Hair Color: Brown | Citizen Of: USA | |
| Age: 42 | Eye Color: Brown | Birth Place: USA | |
| DOB: | Height: 6 ft 2 in | Religion: None | |
| SSN #: | Weight: 220 | Gang: | |
| FBI #: 931935PA1 | Build: Medium | | |
| SID #: IL31211670 | Complex: Medium Brown | Cell Location: DIV9-1H-1258-2 | |
| IR #: 984511 | | | |

Arrest Address:
Home Address:     City: Chgo     State: IL     Zip: 60623     Phone #:
Emergency Name:     Relationship:

| CCOMS Case | Type | Docket # | Current Bond | Last Court Date | Court ID |
|---|---|---|---|---|---|
| 177556 | Probation Violation<br>Case Continued | 15CR1799001 | $0 | 10/25/2016 9:30 AM | Criminal Courts Building |
| 177560 | State Statute<br>Case Continued | 16CR1484301 | $150,000 | 10/25/2016 9:30 AM | Criminal Courts Building |

| Alias Full Name | Date of Birth | SSN | Associated Booking | Date | Alias Type |
|---|---|---|---|---|---|
| Mcatee, Ronnie | | | 20160908139 | 9/8/2016 | Alias |
| Mcatee, Ronnie | | | 20160908139 | 9/8/2016 | Commit Name |
| Mcatee, Ronnie | | | 20160811133 | 8/11/2016 | Commit Name |
| Mcatee, Ronnie | | | 20160327087 | 3/27/2016 | Commit Name |
| Mcatee, Ronnie | | | 20160119085 | 1/19/2016 | Commit Name |
| Mcatee, Ronnie | | | 20151223030 | 12/23/2015 | Commit Name |
| Mcatee, Ronnie | | | 20151023120 | 10/23/2015 | Alias |
| Stevenson, Rickey L | | | 20151023120 | 10/23/2015 | Commit Name |
| Mcatee, Ronnie | | | 20130314129 | 10/8/2014 | Name |
| Stevenson, Rickey L | | | 20070069907 | 10/8/2014 | Name |

Any Information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only. For an official copy of a report from CCOMS, contact the Business Intelligence Unit at CCSO.DataRequest@cookcountyil.gov

Mr. Ronnie L. McAtee
Reg. no. # B-36580
Hill Corr., Ctr
P.O. Box 1700
Galesburg, Illinois 61408

Legal Mail

"Attention"

To: The Honorable Judge
Ho: Matthew F. Kennelly
United States District Court
219 South Dearborn, Street
Judges Chambers
Chicago, Illinois 60604

U.S. POSTAGE ) PITNEY BOWES
ZIP 61401
02 4W
0000332356
$ 001.40⁰
NOV 28 2017

RECEIVED
DEC 04 2017
JUDGE MATTHEW F. KENNELLY
UNITED STATES DISTRICT COURT