DPL

May 13, 2018

Clerk of The
United States District Court
219 South Dearborn Street
Chicago, Illinois 60604

**FILED**
MAY 17 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

RE: Young V. Cook County Settlement
Case Number - 06-CV-552 (N.D.Ill.)

Dear Clerk:

My name is Andre' Rankin. Please be advised that I am a plaintiff in the above Captioned Cause and that I am presently incarcerated at the Lawrence Correctional Center in Illinois. I am contacting you regarding the repeated delays with me not receiving the above Settlement disbursements from the Minnesota Claims Administrator responsible for ensuring the appropriate payments to qualified Class members like myself.

Specifically, the problems I am experiencing is that the Claims Administrator and/or the law Office of Loevy & Loevy, (located at 311 North Aberdeen Street, Chicago, IL.), has on three occassions consistently changed the disbursement dates to forward payments to all inmates at this institution on January 26, 2018, April 20, 2018 and May 18, 2018! In light of the fact that many non-incarcerated Class members have already received their Settlements on or before January 26, 2018, I am humbly requesting that you bring this situation to the attention of the Judge responsible for over seeing this matter, OR, in the very least, will you please forward me the necessary information on how I may file a complaint in the future to resolve this problem.

Thank you for your consideration concerning this subject, and you may contact me at the address indicated below.

Sincerely,

Andre' Rankin,
Register No. N12514
Lawrence Correctional Center
10930 Lawrence Road
Sumner, Illinois 62466

Mr. André Rankin,
Register No. N112514
10930 Lawrence Rd.
Sumner, Illinois 62466

THIS CORRESPONDENCE
IS FROM AN INMATE OF THE
IL DEPT OF CORRECTIONS




RECEIVED
2018 MAY 17 AM 8:34

PRIVILEGED

Clerk Of the Court

United States District Court,
Northern District of Illinois
219 South Dearborn street
Chicago, Illinois    60604



05/17/2018-9

(Privileged Mail)    6060431800  C005