UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
MAY 17 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Kim Young, et al.,
  Plaintiff,

v.

Cook County, et al.,
  Defendant.

No. 1:06 C 00552
Honorable Matthew F. Kennelly

## WRIT OF EXECUTION

NOW COME Michael Mejia and James Demus (hereinafter "class members"), pro se, and ask this court to enforce the money judgement in the above entitled cause.

1. On September 13, 2017 the Court approved the settlement in this case. [919]

2. Thus, class members are entitled to $700 each.

3. During the month of January 2018 a multitude of prisoners began receiving payment in said case. Those prisoners were/are confined in the same prison as class members; Shawnee Correctional Center.

4. The payments said prisoners received included (in fine print) a statement in which the Claims Administrator (hereinafter "CA") notified them that they would receive an additional payment in the summer of 2018.

-1-

5. Class member Mejia learned of this and for the "third time" wrote the CA notifying him/her that his address had changed and that **he** had not received payment although the other prisoners at Shawnee C.C. did. Mejia has never received a response.

6. Class member Mejia also wrote class counsel (Loevy & Loevy) notifying them that he had not received payment. Mejia has never received a response.

7. Class member Demus learned of this and wrote the CA, never receiving a response. He wrote 3 times.

8. Class member Demus had his mother speak to class counsel's (Loevy & Loevy) secretary concerning this matter only to be told that checks have been issued.

9. Although Cook County and its Insurance Company may be considered "state agencies" they agreed to pay a specific judgment thus this obligation is enforceable in federal court. Williams v. Lane, 818 F. Supp. 1212, 1213 (N.D. Ill. 1993), Argento v. Village of Melrose Park, 838 F.2d 1483, (7th Cir. 1988), Yang v. City of Chicago, 137 F.3d 522, 525-26 (7th Cir. 1998); Wilson v. City of Chicago, 120 F.3d 681, 684-85 (7th Cir. 1997).

10. Class members Mejia and Demus have yet to receive payment in this case.

WHEREFORE, Class members request the Court enter a writ of execution against the defendant and its Insurance Company ordering them to pay named class members.

Date: 5/7/18

Respectfully Submitted
Michael Mejia
ID# K83133
James Demus
ID# M14259
Shawnee C.C.
6665 State RT. 146 E
Vienna, Il. 62995

-2-

## Certificate of Service

Please take notice that on May 7, 2018 I caused to be filed the attached WRIT OF EXECUTION by depositing same in the U.S. Postal Mail at Shawnee C.C. in Vienna Illinois.

TO: Prisoner Correspondent
Clerk's Office
U.S. District Court
219 S. Dearborn
Chgo, IL. 60604

Kimberly M. Fox
Cook County State's Atty
500 Richard J. Daley Center
Chgo, IL. 60602

MICHAEL MEJIA K83133
SHAWNEE C.C.
6665 STATE RT. 146 E.
VIENNA, IL 62995

"Legal Mail"

PRISONER CORRESPONDENT
CLERK'S OFFICE
U.S. DISTRICT COURT
219 S. DEARBORN
CHGO, IL 60604

05/17/2018-14