IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KIM YOUNG, RONALD JOHNSON, WILLIAM JONES, ALLEN GORMAN, GERRAD LAMOUR, LEE MERCADO, BRADLEY HYTREK, CARL GRAY, and MATTHEW LIPTAK, on behalf of themselves and a class of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF COOK and SHERIFF TOM DART in his capacity as Head of the Cook County Sheriff's Department,<br><br>Defendants. | No. 06-CV-552<br><br>JUDGE KENNELLY |

**Plaintiffs' Response To Submission From Certain Class Members**

Pursuant to the Court's Order of May 16, 2018 (dkt. 953), Plaintiffs hereby respond to the recent submissions of Marvin Thomas (dkt. 951) and Anthony Horne (dkt. 952). Plaintiffs also respond to the recent submission of Mr. Michael Mejia and Mr. James Demus (dkt. 956).[1]

**Mr. Anthony Horne (Dkt. 952).**

Mr. Horne is a Class Member. Mr. Horne had a check issued to him on January 26, 2018, but that check was returned by the Pinckneyville Correctional Center because the envelope did not include inmate numbers. The claims administrator reissued Mr. Horne's check with the correct inmate-number on May 18, 2018. The claims administrator is also aware of Mr. Horne's change of address, and sent his replacement check to the updated address. While we have not yet

---

[1] Plaintiffs are aware of the recent filings by Mr. Ronnie L. McAtee and Mr. Andre Rankin and are working with the claims administrator to collect complete information regarding the status of their checks. Once Plaintiffs receive that information, they will promptly file a response to those submissions.

been able to confirm receipt, we do not anticipate any problems in getting Mr. Horne his settlement check.

**Mr. Marvin Thomas (Dkt. 951).**

Mr. Thomas is a Class Member. Mr. Thomas had a check issued to him on January 26, 2018, but that check was returned by the Lawrence Correctional Center because the envelope did not include inmate numbers. The claims administrator reissued Mr. Horne's check with the correct inmate-number on May 18, 2018. While we have not yet been able to confirm receipt, we do not anticipate any problems in getting Mr. Thomas his settlement check.

**Mr. Michael Mejia and Mr. James Demus (Dkt. 956).**

Mr. Mejia and Mr. Demus are both Class Members. It appears that, when they made their submissions, they had not yet received their checks. The claims administrator reissued checks to Mr. Mejia and to Mr. Demus on May 18, 2018.

                                                  Respectfully submitted,

                                                  /s/ Scott Rauscher
Arthur Loevy
Michael Kanovitz
Jon Loevy
Scott Rauscher
LOEVY & LOEVY
311 N. Aberdeen St., Third Floor
Chicago, IL 60607
(312) 243-5900

Class Counsel

## **CERTIFICATE OF SERVICE**

      I, Scott Rauscher, hereby certify that on May 25, 2018, I caused the foregoing to be filed via the Court's electronic filing system, and served on the following by USPS First Class Mail:

| | |
|---|---|
| Anthony Horne - N02869<br>Lincoln Correctional Center<br>P.O. Box 549<br>Lincoln, IL 62656 | Michael Mejia - K83133<br>Shawnee Correctional Center<br>6665 State Route 146 East<br>Vienna, IL 62995 |
| Marvin Thomas - N95712<br>Lawrence Correctional Center<br>10930 Lawrence Road<br>Sumner, IL 62466 | James Demus - M14259<br>Shawnee Correctional Center<br>6665 State Route 146 East<br>Vienna, IL 62995 |

                                           /s/ Scott Rauscher
                                           Scott Rauscher