

FILED
JUN 11 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Kim Young et al.,
      Plaintiff

V.

Cook County, et al.,
      Defendant

No. 1:06 c 00552
Honorable Matthew F. Kennelly

## WRIT OF EXECUTION

Now Come TERRENCE HAYNES, pro se, and ask this court to enforce the money judgement in the above entitled cause.

1. On September 13, 2017 the court approved the settlement in this case [919].

2. Thus, Class members are entitled to $700 each.

3. During the month of January 2018 a multitude of prisoners began receiving payment in said case. Those prisoners were/are confined in the same prison as class members; Shawnee Correctional Center.

4. The payments said prisoners received included (in fine print) a statement in which the claims Administrator (here in after "CA") notified them that they would receive an additional payment in the summer of 2018.

5. Class Member HAYNES learned of this and wrote the CA notifying him/her that his address had changed and that he had <u>not</u> received payment although the other prisoners at Shawnee C.C. did. HAYNES has never received a response.

-1-

6. Class member HAYNES also wrote Class Counsel (Loevy & Loevy) notifying them that he had not received payment. HAYNES has never received a response.

7. Class member HAYNES had his family speak to class counsel's (Loevy & Loevy) secretary concerning this matter only to be told that checks have been issued.

8. Although Cook County and its insurance Company may be considered "State Agencies" they agreed to pay a specific judgement thus this Obligation is enforceable in Federal Court, Willams v. Lane, 818 F. Supp. 1212, 1213 (N.D. Ill, 1993), Argento v. Village of Melrose Park, 838 F.2d 1483, (7th Cir. 1988) Yang v. City of Chicago, 137 F.3d 522, 525-26 (7th Cir 1998); Wilson v. City of Chicago, 120 F.3d 681, 684-85 (7th Cir. 1997).

9. Class member HAYNES have yet to receive payment in this case.

WHEREFORE, Class member request the court to enter a writ of execution agaist the defendant and its Insurance Company ordering them to pay the named Class member.

Date: 6/3/18

Respectfully Submitted
TERRENCE HAYNES
ID# Y21259
Shawnee C.C.
6665 State Route 146 E
Vienna, IL 62995

TERRENCE HAYNES
ID# Y21259
6665 State Route 146 East
Vienna, IL 62995



This correspondence is from an inmate in the Illinois Department of Corrections.

Prisoner Correspondent
Clerks Office U.S. District Court
219 S. Dearborn
Chicago, IL 60604



2018 JUN 11 AM 9:36

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2013