# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KIM YOUNG, RONALD JOHNSON, WILLIAM JONES, ALLEN GORMAN, GERRAD LAMOUR, LEE MERCADO, BRADLEY HYTREK, CARL GRAY, and MATTHEW LIPTAK, on behalf of themselves and a class of others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>COUNTY OF COOK and SHERIFF TOM DART in his capacity as Head of the Cook County Sheriff's Department,<br><br>     Defendants. | No. 06-CV-552<br><br>JUDGE KENNELLY |

## NOTICE OF MOTION

**TO: Counsel of Record**

Please take notice that on July 12, 2018, at 9:30 am, counsel for Plaintiffs shall appear before the Honorable Judge Kennelly, or any judge sitting in his stead in Courtroom 2103 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, IL and shall present Plaintiffs' Motion to Distribute Funds.

                                      Respectfully submitted,

                                      /s/ Scott Rauscher
                                      Michael Kanovitz
                                      Jon Loevy
                                      Scott Rauscher
                                      LOEVY & LOEVY
                                      311 N. Aberdeen St., Third Floor
                                      Chicago, IL 60607
                                      (312) 243-5900
                                      *Class Counsel*