IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KIM YOUNG, et al., | ) | |
| | ) | No. 06 C 0552 |
| Plaintiffs, | ) | |
| | ) | JUDGE MATTHEW KENNELLY |
| v. | ) | |
| | ) | |
| COUNTY OF COOK, et.al., | ) | |
| | ) | |
| Defendants. | ) | |

**STATUS REPORT REGARDING RONNIE L. MCATEE, CARLOS NASH, AND ANDRE RANKIN**

Plaintiffs submit this status report in response to the filings of Ronnie McAtee, Carlos Nash, and Andre Rankin. *See* Dkt. Nos. 954, 955, 960.

**I.  Ronnie McAtee a/k/a Ricky Stevenson (Dkt. No. 954)**

Mr. McAtee submits that the claims administrator told him that he was not a Class Member entitled to payment from the *Young Insurance* settlement. Class Counsel has now confirmed with the facility where Mr. McAtee is incarcerated that Mr. McAtee has received his check, and so his concern that the claims administrator believed he was not a Class Member should be resolved.

**II.  Carlos Nash (Dkt. No. 960)**

Mr. Nash recently filed a Motion for Reimbursement of Funds. *See* Dkt. No. 960. The Court has already ruled multiple times that Mr. Nash is not a Class Member entitled to payment. *See* Dkt. 953.

**III.  Andre Rankin (Dkt. No. 955).**

Mr. Rankin submits that he did not receive the payment to which he is entitled from the *Young Insurance* settlement. The claims administrator did mail Mr. Rankin a check, but it

appears that check may have been cashed by someone else. Class Counsel has worked with the claims administrator to begin a fraud investigation, which will be conducted by the bank that issued the check.

Respectfully submitted,

/s/ Scott Rauscher

Michael Kanovitz
Jon Loevy
Arthur Loevy
Scott Rauscher
LOEVY & LOEVY
311 N. Aberdeen, 3rd FL
Chicago, IL 60607
Office: 312-243-5900
Fax: 312-243-5902