UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUL 31 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

KIM YOUNG, ET AL.,
    Plaintiff

-vs-

COOK COUNTY, ET AL.,
    Defendants

No. 06 C 0552

Honorable
Matthew F. Kennelly

## WRIT OF EXECUTION

NOW COMES Class Member, Terrence Haynes (hereinafter "CM"), pro se, and ask this Court to enforce the money judgement in the above entitled cause.

1. On September 13, 2017 the Court approved the settlement in this case. [919]

2. Thus, CM is entitled to a payment of $700.

3. During January 2018 a multitude of prisoners at the prison that CM is confined at began receiving payment in the instant case.

4. The payments stated that prisoners would receive an additional payment in the summer 2018. This statement was issued by the Claims Administrator (hereinafter "CA").

5. CM learned of this and wrote the CA notifying him that his address had changed and that he had not received payment although

-1-

the other prisoner/class members at Shawnee C.C. did. CM has never received a response.

6. CM also wrote to class Counsel (Loevy & Loevy) notifying them that he had not received payment. CM never received a response.

7. CM had his family members call the CA and class counsel only to be told checks had been issued. CM himself called the CA and class counsel only to be told checks had been issued.

8. CM filed a motion with this Court regarding this matter in June 2018 but never received a ruling. Or, even any acknowledgement that his motion was received and filed by the Clerk.

9. Although Cook County and its Insurance Company may be considered "state agencies" they agreed to pay a specific judgement thus this obligation is enforcable in federal court. See Williams v. Lane, 818 F. Supp. 1212, 1213 (N.D. Ill. 1993), Argento v. Village of Melrose Park, 838 F.2d 1483, (7th Cir. 1988), Yang v. City of Chicago, 137 F.3d 522, 525-26 (7th Cir. 1998); Wilson v. City of Chicago, 120 F.3d 681, 684-85 (7th Cir. 1997).

10. CM has yet to receive payment in this cause.

WHEREFORE, CM requests the Court enter a writ of execution against the defendants and their Insurance Company ordering them to pay CM.

Respectfully submitted,

Terrence Haynes Y21259
Shawnee C.C.
6665 State Rt 146 E
Vienna, Il. 62995

- 2 -

## Certificate of Service

Please take notice that on July, 18, 2018 I Forwarded you the attached Writ of Execution one Original and two Copies to Prisoner Correspondent, Clerk's office U.S. District Court 219 S. Dearborn Chicago, Il 60604.

And One copy to Kim Foxx Cook County States Atty 2650 s. California Chicago, Il 60608.

*Terrence Haynes*
Terrence Haynes ID#Y21259
Shawnee C.C.
6665 State Rt 146 East
Vienna, IL 62995

Terrence Haynes
ID# Y31259
6665 State Rt. 146 East
Vienna, IL 62995

$000.21
US POSTAGE
neopost 07/23/2018
ZIP 62995
041M11225167

Prisoner Correspondent
Clerk's Office U.S District court
219 s. Dearborn
Chicago, IL 60604

07/31/2018-46

This correspondence is from an inmate in the Illinois Department of Corrections.

FOREVER USA