MM

United States District Court
Northern District of Illinois
Eastern Division

FILED
OCT 16 2018 DL
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Kim Young, etal,
Plaintiff
v
Cook County, etal.
Defendent

No. 1:06C00552
Honorable Matthew F. Kennelly

# Writ Of Execltion

Now Conie Michael Mejia and Jesus Cortez (hereinafter) class members) pro se and ask this Court to enforce the money judgement in the above entitled case.

(1) On September 13 2017 the court approved the Settlement in case. [919]

(2) Thus Class members are entitled to $200 each.

(3) During the month of January 2018 a multitude of prisoners began receiving payment in said case. Those prisoners were/are confined in the same prison as class members: Shawnee Correctional Center.

(4) The payments said prisoners received included (in Fine print) a statement in which the claims Administrator (here in after) "CA") notified them that they would receive an additional Payment in the summer of 2018

SHAWNEE CORRECTIONAL CENTER

## RESIDENT REQUEST

| ASSIGNMENT | | | | DATE |
|---|---|---|---|---|
| RESIDENT | ID# | CELL HOUSE | GALLERY | CELL |

I request an interview with ____________________ to discuss the following:

Resident Signature

Reason for interview must be complete and concise

SHAWNEE CORRECTIONAL CENTER

## RESIDENT REQUEST

| ASSIGNMENT | | | | DATE |
|---|---|---|---|---|
| RESIDENT | ID# | CELL HOUSE | GALLERY | CELL |

I request an interview with ____________________ to discuss the following:

Resident Signature

Reason for interview must be complete and concise

SHAWNEE CORRECTIONAL CENTER

## RESIDENT REQUEST

| ASSIGNMENT | | | | DATE |
|---|---|---|---|---|
| RESIDENT | ID# | CELL HOUSE | GALLERY | CELL |

I request an interview with ____________________ to discuss the following:

Resident Signature

Reason for interview must be complete and concise

SHAWNEE CORRECTIONAL CENTER

## RESIDENT REQUEST

| ASSIGNMENT | | | | DATE |
|---|---|---|---|---|
| RESIDENT | ID# | CELL HOUSE | GALLERY | CELL |

I request an interview with ____________________ to discuss the following:

Resident Signature

Reason for interview must be complete and concise

(5) Class member Jesus Cortez learned of this and for the "third time" wrote the CA notifying him/her that his address had changed and that he had not received payment although the other prisoners at Shawnee C.C. did. Cortez has never received a response.

(6) Class member Cortez also wrote class counsel (Loevy & Loevy) notifying them that he had not received payment. Cortez has never received a response.

(7) Class member Cortez learned of this and wrote the CA, never receiving a response. He wrote more then three times.

(8) Class member Cortez had his sister speak to class counsel's (Loevy & Loevy) secretary concerning this matter only to be told that his checks have been issued.

(9) Although Cook County and its Insurance Company maybe considered "state agencies" they agreed to pay a specific Judgment thus this obligation is enforceable in Federal Court. Williams v. Lane, 818 F Supp. 1212, 1213 (ND Ill. 1993) Argento v village of Melrose park 838 F 2d 1483, (7th Cir 1988) Yang v City of Chicago 137 F 3d 522 525-26 (7th Cir. 1998) Wilson v City of Chicago 120 F 3d 681, 684-85 (7th Cir. 1997)

(10) Class member Cortez have yet to receive payment in this case.

SHAWNEE CORRECTIONAL CENTER

## RESIDENT REQUEST

| ASSIGNMENT | | | DATE | | |
|---|---|---|---|---|---|
| RESIDENT | | ID# | CELL HOUSE | GALLERY | CELL |

I request an interview with ______________________ to discuss the following:

Reason for interview must be complete and concise

Resident Signature

SHAWNEE CORRECTIONAL CENTER

## RESIDENT REQUEST

| ASSIGNMENT | | | DATE | | |
|---|---|---|---|---|---|
| RESIDENT | | ID# | CELL HOUSE | GALLERY | CELL |

I request an interview with ______________________ to discuss the following:

Reason for interview must be complete and concise

Resident Signature

SHAWNEE CORRECTIONAL CENTER

## RESIDENT REQUEST

| ASSIGNMENT | | | DATE | | |
|---|---|---|---|---|---|
| RESIDENT | | ID# | CELL HOUSE | GALLERY | CELL |

I request an interview with ______________________ to discuss the following:

Reason for interview must be complete and concise

Resident Signature

SHAWNEE CORRECTIONAL CENTER

## RESIDENT REQUEST

| ASSIGNMENT | | | DATE | | |
|---|---|---|---|---|---|
| RESIDENT | | ID# | CELL HOUSE | GALLERY | CELL |

I request an interview with ______________________ to discuss the following:

Reason for interview must be complete and concise

Resident Signature

Wherefore, Class members request the Court enter a writ of execution against the defendant and its Insurance Company ordering them to pay named class members

respectfully Submitted
Jesus Cortez
#ID B00591
Shawnee.C.C.
6665 State RT 146 E
Vienna Ill 62995
D.O.B. 1-14-66
S.S.N. 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

Date 10-7-2018

sign. Jesus Cortez

SHAWNEE CORRECTIONAL CENTER
## RESIDENT REQUEST

| ASSIGNMENT | | | DATE | | |
|---|---|---|---|---|---|
| RESIDENT | | ID# | CELL HOUSE | GALLERY | CELL |

I request an interview with _____ to discuss the following:

_____
_____
_____

Resident Signature

Reason for interview must be complete and concise

---

SHAWNEE CORRECTIONAL CENTER
## RESIDENT REQUEST

| ASSIGNMENT | | | DATE | | |
|---|---|---|---|---|---|
| RESIDENT | | ID# | CELL HOUSE | GALLERY | CELL |

I request an interview with _____ to discuss the following:

_____
_____
_____

Resident Signature

Reason for interview must be complete and concise

---

SHAWNEE CORRECTIONAL CENTER
## RESIDENT REQUEST

| ASSIGNMENT | | | DATE | | |
|---|---|---|---|---|---|
| RESIDENT | | ID# | CELL HOUSE | GALLERY | CELL |

I request an interview with _____ to discuss the following:

_____
_____
_____

Resident Signature

Reason for interview must be complete and concise

---

SHAWNEE CORRECTIONAL CENTER
## RESIDENT REQUEST

| ASSIGNMENT | | | DATE | | |
|---|---|---|---|---|---|
| RESIDENT | | ID# | CELL HOUSE | GALLERY | CELL |

I request an interview with _____ to discuss the following:

_____
_____
_____

Resident Signature

Reason for interview must be complete and concise

Jesus Cortez
#B00591
6465 State Rt 146 E
Vienna Ill 62995

This correspondence was mailed from an inmate in the Illinois Department of Corrections.

Clerks of the U.S. District Court
United State Court House
219 South Dearborn Street
Chicago Ill 60604

10/16/2018-22