UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Kim Young, et al.

                      Plaintiff,

v.                                                 Case No.: 1:06−cv−00552
                                                     Honorable Matthew F. Kennelly

County of Cook, et al.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 1, 2018:

       MINUTE entry before the Honorable Matthew F. Kennelly: The Court overrules the "writs of execution" and requests for payment made by Olajuwon Claiborne, Michael Mejia,James Demus, and Jesus Cortez, for the reasons stated in the response filed by counsel for the plaintiff class. Class counsel are directed to mail a copy of this order to Messrs. Claiborne, Mejia, Demus, and Cortez. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.