M

To: Judge Kennelly
From: Antrione Manning - 197057
Indiana Department of Correction
W.V.C.F
P.O. Box 1111
Carlisle, IN 47838

FILED
NOV 01 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

I am writing you about the settlement of Young V. County of Cook Settlement, No. 06-CV-552 (N.P. III.) now I am writing because I did not receive my first payment because I was lock-up in the State of Indiana an I wrote the Claims Asministrator an they never wrote me back then I wrote the lawyer about it I am waiting on them to write me back now I know I am a claim member because they sent me two check one for 300.66 cents I got that in 1-29-18 that was from Young V. Cook Cook-II an then they sent me a check for 190.05 for the Young Insurance Litigation now I am talking about the checks they was givening out 2011 for part one of Young V. Cook county all I want is my money Thank you.

Name: Antrione Manning
DOC number: 197057
Location: G-406

INDIANA DEPARTMENT OF CORRECTION
**WABASH VALLEY CORRECTIONAL FACILITY**
P.O. BOX 1111
CARLISLE, IN 47838-1111

This stamp identifies this correspondence as having been mailed by an offender at the indicated correctional facility. **"WARNING", Not responsible for contents.** Any enclosed money orders should be referred to your local Postmaster before cashing.

SF 47112 (R2 / 10-12)

INDIANAPOLIS IN 460
24 OCT 2018 PM 5 L
FOREVER USA
Barn Swallow

2018 NOV -1 AM 8:24
DISTRICT COURT

Judge Kennelly
United States District Court
Northern District of Illinois, 219. S. Dearborn. St
Chicago, IL 60604



11/01/2018-15

