PC SCAN



FILED 1/3/2019 AM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United State District Court
For the Northern District of Illinois
Eastern Division

Kim Young, et al.
    Plaintiff,

v.

County of Cook, et al.
    Defendant

Case no#/: 06-cv-0052

Honorable Matthew F. Kennelly

### Motion To Inform The Clerk Offices Of Address Change

Now Comes Theopolis Williams, Pro Se., and informing the Clerk Offices of the Northern District of Illinois that his Address has been Changed, State as follows:

1. Plaintiff, Theopolis Williams B31679, As Transferred to (Western Illinois - IDOC) on Dec. 20-2018.

2. His Current new Address here is (Western Correctional Center-) I. Doc.
    2500 RT. 99 South
    MT. Sterling, IL. 62353

3. Plaintiff, Theopolis Williams, would like for the Clerk of the northern District to forward All Legal Mail to (Western Illinois Correctional Center)

4. Plaintiff, would like to let the Honorable Judge Matthew F. Kennelly to be inform of address change

Wherefore I Pray that the Honorable Court will grant Motion To Inform The Clerk offices of Address Change:

Date: 1-02-2019

Respectfully Submitted,

/s/ Theopolis Williams B31679
Theopolis Williams, B31679
Western Illinois Corr. Ctr.
2500 RT. 99 South
MT. Sterling, IL 62353

IN THE

United States District Court For the Northern District of Illinois Eastern Division

Kim Young, et al.,
Plaintiff/Petitioner

Vs.

County of Cook, et al.,
Defendant/Respondent

No. 1:06-CV-0052
Hon. Matthew F. Kennelly

## PROOF/CERTIFICATE OF SERVICE

TO: Clerk of The U.S. Dist. Court
United States Courthouse
219 South Dearborn Street.
Chicago, Illinois, 60604

TO: Loevy & Loevy, Atty At Law:
Michael Kanovitz, Jon Loevy
311 N. Aberdeen, 3d Fl.
Chicago, IL. 60607

PLEASE TAKE NOTICE that at: 12:45 AM/PM Jan 2, 2019, I placed the documents listed below in the institutional mail at Western Illinois Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service.

Motion To inform the clerk offices of Address change

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109 I declare, under penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge and belief.

DATED: Jan 2-2019

/s/ T. Williams
Name: Theopolis Williams
IDOC No. B31679
Western Ill. Correctional Ctr.
POB 2500 RT. 99. South
MT. Sterling, IL 62353

Revised 4/15/16