UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KIM YOUNG, et al.,
    Plaintiffs,

v.

COUNTY OF COOK, et al.,
    Defendants.

No. 06 C 552

FILED
FEB 20 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## CLASS MEMBER'S REPLY TO COUNSEL'S RESPONSE

1. Class member Mendoza sent the Claims Administrator his new address in August 2018. As seen from previous Writs of Execution, the Claims Administrator does not even answer correspondences.

2. Additionally, as can be seen from class Counsel's response, the Claims Administrator did not even state that the check was returned as it did with Antrione Manning (Dkt. 987).

3. Mendoza's address which he was at when he received initial payment was "Elite House of Sober Living 1428 Edgewood, Chgo Hts, Il. 60411." Perhaps someone there stoled the check as it was a Halfway House contracted with IDOC.

WHEREFORE, class member requests the Court grant his Writ of Execution as he is entitled to payment in this cause.

Respectfully submitted,
Angel Mendoza
Angel Mendoza B76604
Shawnee C.C.
6665 State Rt 146 E
Vienna, Il. 62995

## CERTIFICATE OF SERVICE

Please take notice that on February 12, 2019 I deposited in the U.S. Mail the attached Class Member's Reply To Counsel's Response at Shawnee C.C. in Vienna Illinois.

To: Prisoner Correspondent
Clerk's Office
U.S District Court
219 S. Dearborn
Chgo, Il. 60604

Kim Foxx
Cook County State's Atty
2650 S. California
Chgo, Il. 60608

Angel Mendoza
Angel Mendoza B76604
Shawnee C.C.
6665 State Rt 146 E
Vienna, Il. 62995

Angel Mendoza B76604
Shawnee C.C.
6665 State Rt 146 E
Vienna, Il. 62995

2019 FEB 20 AM 9:16

"Legal Mail"

Prisoner Correspondent
Clerk's Office
U.S. District Court
219 S. Dearborn
Chgo, Il. 60604

02/20/2019-24