


TO: CLERK OF THE UNITED STATES
DISTRICT COURT
NORTERN DISTRICT OF ILLINOIS
219 S. Dearborn st.,
CHICAGO, ILLINOIS 60604

FILED
MAR 26 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

FROM: MR. EARL R. EDWARDS #B32366
DANVILLE CORRECTIONAL, CENTER,
3820 EAST. MAIN ST.,
DANVILLE, ILLINOIS 61834

DATE: 3/22/2019

RE: <u>INSURENCE LITIGATION RELATING TO YOUNG V. COOK COUNTY OF COOK STRIP SEARH SETTLEMEN</u> CASE NO. 06-cv-552

DEAR, CLERK

    I HAVE FILED AND WRITTEN SEVERAL LETTERS SHOWING THAT I WAS APART OF THE LAW SUIT SETTLEMENT, AND THAT MY PAPER WORK SHOW THAT I FILE EVERYTHING TIMELY, BECAUSE I WAS APART OF THE FIRST LAW SUIT FILED AND DID RECEIVE PAYMENT, AND STILL HAVE A COPY OF ALL THE PAPERWORK,
I WRITE TO THE COURT BECAUSE I FEEL LIKE I AM BEING DEFAUD OF MY CLAIM BY THE LAWYERS WHO REPRESENTING THE CASE, I ALSO FILLED OUT A CLAIM FORM FOR THIS CASE ON TIME JUST LIKE EVERYONE ELSE.
    CLERK OF THE COURT I WOULD LIKE TO ADDRESS THE COURT OF BEING DEFAUDED OF MY CLAIM BY THE LAW FIRM. LOEVY & LOEVY ,
    ATTORNEY MICHAEL KANOVITZ AND SCOTT RAUSCHER.

                                    THANK YOU

_____

MR. EARL R. EDWARDS #B32366
DANVILLE CORR, CENTER,
3820 E. MAIN ST.,
DANVILLE, ILLINOIS 61834

**INMATE CORRESPONDENCE**



CLERK OF THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 S. DEARBORN ST.,
CHICAGO, ILLINOIS 60604



03/26/2019-18



LEGAL MAIL

60604-180099