IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KIM YOUNG, et al., | ) | |
| | ) | No. 06 C 0552 |
| Plaintiffs, | ) | |
| | ) | JUDGE MATTHEW KENNELLY |
| v. | ) | |
| | ) | |
| COUNTY OF COOK, et.al., | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I, Scott Rauscher, hereby certify that on August 5, 2019, I caused Docket No. 1023, the Court's Order of August 4, 2019, to be served by USPS first class mail on Douglas Lemon at the following address:

> Douglas Lemon, N12405
> Western Correctional Center
> 2500 Rt. 99 South
> Mount Sterling, IL 62353

RESPECTFULLY SUBMITTED,

s/ Scott Rauscher