IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KIM YOUNG, et al., | ) | |
| | ) | No. 06 C 0552 |
| Plaintiffs, | ) | |
| | ) | JUDGE MATTHEW KENNELLY |
| v. | ) | |
| | ) | |
| COUNTY OF COOK, et.al., | ) | |
| | ) | |
| Defendants. | ) | |

## STATUS REPORT REGARDING JERMAINE CRADDOCK (DKT. 1017) & DOUGLAS LEMON (DKTS. 1018, 1019, 1020, & 1021)

Plaintiffs and the Settlement Class, by and through class counsel, Loevy & Loevy, and hereby submit this status report regarding the letters sent by Mr. Craddock and Mr. Lemon to the Court. In response, Plaintiffs state as follows:

**Jermaine Craddock**

1. Mr. Craddock's letter to the Court notes he is class member in this matter and that he received a partial payment of $100.00 from this class action.

2. After a review of our records, we do not show Mr. Craddock as a class member in this action, and further, do not show that any funds from this matter have been provided to Mr. Craddock. Moreover, no class members received payments in the amount of $100 from either phase of the settlement.

3. As we do not show Mr. Craddock as a class member, Mr. Craddock is not entitled to any funds from this matter.

**Douglas Lemon**

4.	In his letters, affidavit, and motion to the Court, Mr. Lemon requests that Loevy & Loevy compensate him for the $515.44 initial payment issued in this matter from 2011.

5.	In December of 2012, Mr. Lemon contacted our office and indicated that the payment was fraudulently cashed and requested paperwork from the claims administrator, Rust Consulting.

6.	Loevy & Loevy sent a letter as a follow-up to that conversation noting we would instruct Rust Consulting to issue the appropriate paperwork to Mr. Lemon. *See* Dkt. 1018 at 8.

7.	On December 19, 2012, Rust Consulting mailed the requested paperwork to Mr. Lemon. *Id*. at 9.

8.	Additionally, on January 22, 2013, Loevy & Loevy sent Mr. Lemon a letter which included the image of the cashed check for his records. *Id*. at 14-15.

9.	In that same letter, Loevy & Loevy noted that we are unable to reissue a check that has already been cashed.

10.	Unfortunately, once paperwork was initiated through U.S. Bank regarding a fraud claim, Loevy & Loevy did not have any authority to reissue funds, and given the lapse in time, the claims administrator is no longer able to determine whether Mr. Lemon did in fact properly open a fraud investigation or what the outcome of that investigation was (though the standard procedure would have been for the claims administrator to issue a new check had U.S. Bank determined the fraud claim was valid).

11.	Although Class Counsel wants to ensure that every class member receives their share of the settlements, given the time that has passed and the fact that the Court previously ordered that the claims administrator shall hold the remaining funds pending the outcome of the

final insurance actions, Class Counsel respectfully submits that Mr. Lemon's request for additional payments from the original settlement should be denied. *See* Dkt. Nos. 993 (motion for final distribution), 996 (order granting motion for final distribution).

WHEREFORE, Class Counsel requests that the Court deny Mr. Craddock's and Mr. Lemon's request for payment in this matter.

Respectfully submitted,

/s/ Scott Rauscher
Michael Kanovitz
Jon Loevy
Arthur Loevy
Scott Rauscher
LOEVY & LOEVY
311 N. Aberdeen, 3rd FL
Chicago, IL 60607
Office: 312-243-5900
Fax: 312-243-5902

## CERTIFICATE OF SERVICE

I, Scott Rauscher, hereby certify that on August 12, 2019, I caused the foregoing to be filed via the Court's electronic filing system, and to be served on the following by USPS First Class Mail:

s/ Scott Rauscher

Jermaine Craddock, Inmate ID R69423
Illinois River Correctional Facility
P.O. Box 999
Canton, IL 61520


Douglas Lemon, Inmate ID N12405
Western Illinois Correctional Facility
2500 IL-99
Mt Sterling, IL 62353