PC SCAN

FILED
8/15/2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

DJ

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Douglas Lemon/Kim Young, et al.
    Plaintiff,

V.

County of Cook, et al.
    Defendants.

Case No.; 1;06-cv-00552

Honorable Matthew F. Kennelly

## NOTICE OF FILING / AFFIDAVIT OF SERVICE

TO: CLERK OFFICE OF THE U.S.DIST.Ct.
UNITED STAES COURT HOUSE
219 SOUTH DEARBORN STREET
CHICAGO ILLINOIS, 60604

TO: JUDGE MATTHEW F. KENNELLY
UNITED STATES COURT HOUSE
219 SOUTH DEARBORN STREET
CHICAGO ILLINOIS 60604

TO: ATTORNEY OFFICE LOEVY & LOEVY FIRM
311 N. ABERDEEN STREET 3rd FLOOR
CHICAGO ILLINOIS 60607

TO: DOUGLAS LEMON
N - 12405 WESTERN ILLINOIS CORR. CENTER
2500 Rt. 99 SOUTH
MT.STERLING ILLINOIS 62353

PLEASE TAKE NOTICE that on AUGUST 15TH 2019 I have placed the documents listed below in the institutional mail at Western Illinois Correctional Center, property addressed to the parties listed above for mailing through the United States Postal Service ; inclosed is a #' MOTION OF DEFAULT '. # ' NOTIFICATION OF DOCKET ENTRY '. # ' NOTICE OF FILING / AFFIDAVIT OF SERVICE '.

( Plaintiff Douglas Lemon, asked the Clerk
to please send the Plaintiff back a stamped
dated received filed copy of these documents
for my very own file record log. )

/S/ Douglas Lemon

Mr.Douglas Lemon
N - 12405
2500 Rt.99 South
Mt.Sterling Illinois
62353