PC SCAN

FILED
12/16/2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

RC

IN THE UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Douglas Lemon/Kim Young, et al.
    Plaintiff,

V.

County of Cook, et al.
    Defendant,

Case No. 1 ; 06-cv-00552

Honorable Matthew F. Kennelly

## MOTION OF DEFAULT

Now comes the Plaintiff Douglas Lemon, hereby declares; that on 7-25-2019 the Plaintiff filed a complaint asking the court to file plaintiff Motion To Compel, the above and mentioned said Defendants to compensate Plaintiff rightful owed share payment of $515.44, for Cook County Jail Strip Search Settlement.

The Court files and record herein show that the Defendants were served by the United States Marshal with a copy of summons, and a copy of plaintiffs complaint on 8-4-2019, the docket entry was made by the court clerk.

The Defendants was directed to send the Plaintiff a copy of ' NOTIFICATION OF DOCKET ENTRY ' and are to certify by 8-7-2019, that they have done so (mk) which Which Plaintiff signed for on 8-8-2019, a day after 8-7-2019,.

The Defendants was directed to send the Plaintiff a response to the filings made by Plaintiff Douglas Lemon, by 8-12-2019, which was done on the date of 8-15-2019, but the defendant have not replied to the court order to respond to Plaintiff Douglas Lemon, by 8-12-2019, as was directed by the court, excluding the date thereof.
See exhibit 'A' Court Order ( Content Sheet Inclosed ).

The Defendants have failed to answer or otherwise defend as to Plaintiffs complaint, or serve a copy of any answer or any defense which might have had, upon affiant or any other to Plaintiff herein.

The Plaintiff have twice filed ' MOTION FOR STATUS REPORT ' on both the following date's; 10-21-2019, and also 12-2-2019, but to no avail.

The Defendants are not in the military and are not infants or incompetents, why the Plaintiff Douglas Lemon, respectfully request that this honorable court ( clerk office ) enter a order of Default against the Defendants for the reason stated above.

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signature ; *Douglas Lemon*

Date ; 12-17-2019

Mr. Douglas Lemon
N-12405/ W.I.C.C.
2500 Rt. 99 South
Mt. Sterling Illinois
62353

Case: 1:06-cv-00552 Document #: 1023 Filed: 08/04/19 Page 1 of 1 PageID #:21864

# EXHIBIT "A".

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

Kim Young, et al.

                Plaintiff,

v.

                Case No.: 1:06−cv−00552
                Honorable Matthew F. Kennelly

County of Cook, et al.

                Defendant.

EXHIBIT "A"

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, August 4, 2019:

      MINUTE entry before the Honorable Matthew F. Kennelly: Class counsel are directed to file, by 8/12/2019, a response to the filings made by Douglas Lemon. Mr. Lemon is directed to file a reply to the response by 8/23/2019. Class counsel are directed to mail a copy of this order to Mr. Lemon and are to certify by 8/7/2019 that they have done so. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DOUGLAS LEMON,/KIM YOUNG. et.AL. )
    Plaintiff, )
                          ) Case No. 1-06-cv-00552
V. ) Honorable Judge ; Matthew F. Kennelly
                          )
COUNTY OF COOK, et.AL. )
    Defendant )

## NOTICE OF FILING / AFFIDAVIT OF SERVICE

TO : CLERK OFFICE OF THE U.S. DIST Ct.
UNITED STATES COURT HOUSE
219 SOUTH DEARBORN STREET
CHICAGO ILLINOIS, 60604

TO : JUDGE MATTHEW F. KENNELLY
UNITED STATES COURT HOUSE
219 SOUTH DEARBORN STREET
CHICAGO ILLINOIS, 60604

TO : ATTORNEY OFFICE LOEVY & LOEVY FIRM
311 N. ABERDEEN STREET # 3rd FLOOR
CHICAGO ILLINOIS, 60607

TO : DOUGLAS LEMON
IDOC # N - 12405 W.I.C.C.
2500 Rt. 99 SOUTH
Mt.STERLING ILLINOIS, 62353

PLEASE TAKE NOTICE That on December 16th 2019, i have placed the documents listed bleow in the institution mail at ; WESTERN ILLINOIS Correctional Center, Properly addressed to the parties listed above for the mailing through the United States Postal Service.
' MOTION OF DEFAULT ' to be submitted to the list of address'es listed above, Thank You.

( Plaintiff Douglas Lemon, asked the court clerk to please send the Plaintiff back a stamped dated received filed copy of these documents for my very own file record log )

Subscribed and sworn to before me
on this _____ day of _____ 2019

_____
NOTARY PUBLIC

/S/ Douglas Lemon
Name ; Douglas Lemon
IDOC # N - 12405, Western Illinois Corr.Center
2500 Rt. 99 South
Mt.Sterling Illinois, 62353