## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| KIM YOUNG, RONALD JOHNSON, WILLIAM JONES, ALLEN GORMAN, GERRAD LAMOUR, LEE MERCADO, BRADLEY HYTREK, CARL GRAY, and MATTHEW LIPTAK, on behalf of themselves and a class of others similarly situated, | ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| COUNTY OF COOK, et.al., | ) ) |
| Defendants. | ) ) |

No. 06 C 0552

Judge Matthew F. Kennelly

## FINAL ORDER APPROVING ATTORNEY'S FEES
## AND DISTRIBUTION TO CLASS MEMBERS

On March 20, 2021, the Court entered an Order: (1) approving the final distribution plan of funds in connection with this case; (2) approving the proposed notice plan for Class Counsel's final fee petition; (3) preliminarily approving Class Counsel's final request for attorney's fees, subject to consideration of any objections from class members; and (4) denying a motion for incentive awards to the Class Representatives. After notice of Class Counsel's fee petition was provided, this Court held a Final Approval Hearing on May 3, 20221, for the purpose of determining whether to award attorneys' fees to Class Counsel.[1]

**IT IS THEREFORE ORDERED** as follows:

1)    No Class member has objected to Class Counsel's final petition for attorney's fees, and the Court finds that the requested fees are fair, reasonable, and appropriate under Rule 23(h).

2)    The Court approves the payment of attorney's fees in the amount of one-third of the common fund available to the Class as a result of the recovery in *County of Cook v. USI Ins. Serv.*

---

[1] All terms and phrases used in this Order shall have the same meaning as in the Settlement Agreement dated May 9, 2017, including the exhibits therefore (the "Settlement Agreement").

*Corp. of Ill. Inc.,* Case No. 12-L-8066 (Cir. Ct. Cook Cty., Ill.) (the "USI case"), net of administrative expenses. There is $2,848,270.55 available to the Class as a result of the USI case, and administrative expenses are estimated at $145,000. The Court therefore awards attorney's fees to Class Counsel in the amount of $901,090.18.

3)  The Court further orders Rust Consulting to carry out the plan to distribute the funds from the USI case that the Court previously approved on March 19, 2021. Specifically, Rust shall distribute all available funds, minus $50,000, on a *pro rata* basis to Class Members: (a) who cashed at least one of the checks that was sent to them in connection with the settlement *Cook County, et al. v. American International Group, et al.*, Case No. 12-L-2765 (Cir. Ct. Cook Cty., Ill.) ("Young Insurance"); or (b) who have since provided Class Counsel or Rust with updated contact information or who do so no later than seven days after the entry of this Final Order. Checks sent to Class Members in this distribution shall have a void date of six months.

4)  Rust shall hold back $50,000 to allow Rust to satisfy the claims of any Class Members who were entitled to payment from the Young Insurance case but did not receive such payment or who provide Rust with updated contact information more than seven days after the entry of this Final Order, until such funds are exhausted.

5)  If any funds remain in the Settlement Fund nine months from the entry of this Final Order, including any funds from uncashed and/or returned checks, those funds "shall be distributed to Program Services at Cook County Jail, for use for counseling, recreation, skills, training, and the like for detainees" pursuant to the original settlement in this case. *See* Dkt. 624-1 ¶ 45.

Date:  May 10, 2021

_____
MATTHEW F. KENNELLY
United States District Judge

2