## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| KIM YOUNG, RONALD JOHNSON,<br>WILLIAM JONES, ALLEN GORMAN,<br>GERRAD LAMOUR, LEE MERCADO,<br>BRADLEY HYTREK, CARL GRAY, and<br>MATTHEW LIPTAK, on behalf of themselves<br>and a class of others similarly situated, | ) ) ) ) ) ) | |
| | ) | No. 06 C 0552 |
| Plaintiffs, | ) | |
| | ) | Judge Matthew F. Kennelly |
| v. | ) | |
| | ) | |
| COUNTY OF COOK, et.al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER APPROVING FINAL PAYMENT TO CLASS ADMINISTRATOR
### AND RETURN OF REMAINING FUNDS TO COOK COUNTY JAIL

The Court has reviewed the parties' joint motion for an order: (1) authorizing class administrator Rust Consulting Inc. ("Rust Consulting") to reimburse itself in the amount of $35,167.67; and (2) directing Rust Consulting to return the remaining funds to the County Jail for inmate Program Services.[1]

**IT IS THEREFORE ORDERED** as follows:

1) Rust Consulting may reimburse itself $35,167.67 in costs as described in the parties' motion and the March 9, 2022 Declaration of Jason M. Stinehart.

2) All remaining funds shall be distributed to Cook County to comply with the provision that such funds "shall be distributed to Program Services at Cook County Jail, for use for counseling, recreation, skills, training, and the like for detainees" pursuant to the original settlement in this case. *See* Dkt. 624-1 ¶ 45.

Date: March 15, 2022

_____
United States District Judge

---

[1] All terms and phrases used in this Order shall have the same meaning as in the Settlement Agreement dated May 9, 2017, including the exhibits therefore (the "Settlement Agreement").

Dated: _____

3/15/22

_____

The Honorable Matthew Kennelly