CNK
MR

Continue
TO
Pg 1

FILED
2/19/2026
MAN
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1. Dear Thomas G. Bruton, Clerk By: PC Clerk
2. Deputy Clerk The document that does not app
3. ear to be in compliance with federal or local rule, as indicated below.

1 Saied: The document(s) being returned ~~were~~
2 requires further information. Said: Please
3 provide the Case Number, judges name and Case Title. He're is (The case: number Young V. County of Cook 1:06-cv-00552 District Court for the Northern District ~~of~~ of Illinois Judge Name Mr. Easterbrook. Title: Federal court Noticeable notice of An Class action Lawsuit West Plms Beach Florida rust Consulting CO 2005-2010 COOK County Strip Search. A suited for The Classmate 2nd class Student detaine classmember Settlement Award Settled ~~for~~: description Check Stub #19332 Account Number # 70,000. Balance 500.15 Claim No # C.V.55 Due Process Unto Law TOO Persue of Happiness Then Continued Too go ~~and~~ DNW My own with myself due too my U.S. Declaration of Independent Human Rights Ran by, law, in, act defound by the definitions in the articals;

Discontinued
To
Pg 2

Freedom of 3 Exspress. By mail ~~Made by~~
US Postage mail Excommunicate communicant
in, Communication by Phone For
Applicant Applicate Applications Release of
~~Info for~~ the Super Supream Federal Court
Attorney General Gudge Easterbrook
Inforemal Informative Information Due Too
The entitee assine 2nd class Student detaine
Entitlements That i'd maybe entitled To
~~Namely~~ Soley Under The Freedom of 3 Information act 3

Namely Stollien ~~Copie~~ Origin overall ariginal
Computer Copy copied copies of
Dupplicate dupplication made out To me
in, place of replacemence reissuence isued
To me at the above address of In carcerate
2600 N. Brinton Ave Dixon Illinois D.C.C. Special
Treatment Center abi S.T.C. I-D.O.C. Here is
The description of The West Plms Beach
Florida Rust Consulting CO 2005/2010
Cook County Jail Strip Search
Federal Court Notice Classaction Lawsuit
Claim No# C.V. 55 Million dol C.V. Young Cy. C.V. Y. Conway

Prisonner Prison Penal Institutional Criminal
Id No# B-32871 Parolle Parole MSR. Pin 1441
I was released from Dixon CC. I.D.O.C. 12/12/2016

Reginald [illegible] Doc#669216
Oshkosh Correctional Institution
P.O. Box 189
Phoenix, M.D. 21131

MILWAUKEE WI 530
10 FEB 2026 PM 8 L




United States District
Court Northern District
Of Illinois 219 South
Dearborn Street
Chicago, Illinois 60604

FEB 19 REC'D

60604-999955

02/19/2026-7

RECEIVED

FEB 19 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

This letter has been mailed from the
WISCONSIN PRISON SYSTEM

FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019